UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANNE M. CALAMORE, derivatively on behalf of JOHNSON & JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MARY SUE COLEMAN, *et al.*,<br>Defendants,<br><br>and<br><br>JOHNSON & JOHNSON,<br><br>Nominal Defendant | Civil Action No. 10-2033 (FLW)<br><br><br><br>**ORDER CONSOLIDATING CASES AND APPROVING PROPOSED ORGANIZATIONAL STRUCTURE** |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, NECA-IBEW PENSION TRUST FUND, and NECA-IBEW WELFARE TRUST FUND, Derivatively on Behalf of Nominal Defendant, JOHNSON & JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM C. WELDON, *et al.*,<br><br>Defendants,<br><br>and<br><br>JOHNSON & JOHNSON,<br><br>Nominal Defendant | Civil Action No. 10-3215 (FLW) |

RECEIVED

AUG 17 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ALBERT L. FELDMAN, Derivatively On Behalf of Nominal Defendant JOHNSON & JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>MARY SUE COLEMAN, *et al.*,<br><br>   Defendants<br><br>and<br><br>JOHNSON & JOHNSON,<br><br>   Nominal Defendant | Civil Action No. 10-2386 (FLW) |
| WALTER E. RYAN, JR., derivatively on behalf of JOHNSON & JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>WILLIAM WELDON, *et al.*<br><br>   Defendants,<br><br>and<br><br>JOHNSON & JOHNSON,<br><br>   Nominal Defendant | Civil Action No. 10-3147(FLW) |

| | |
|---|---|
| CARPENTERS PENSION FUND OF WEST VIRGINIA, Derivatively on Behalf of JOHNSON & JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM C. WELDON, *et al.*<br><br>   Defendants,<br>and<br><br>JOHNSON & JOHNSON,<br><br>   Nominal Defendant | Civil Action No. 10-2275(FLW) |
| HAWAII LABORERS PENSION FUND, Derivatively on Behalf of JOHNSON & JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM C. WELDON, *et al,*<br><br>   Defendants,<br>and<br><br>JOHNSON & JOHNSON,<br><br>   Nominal Defendant | Civil Action No. 10-2516 (FLW) |

THIS MATTER HAVING been opened to the Court by Plaintiffs Minneapolis Firefighters' Relief Association, Jeanne M. Calamore, NECA-IBEW Pension Trust Fund, NECA-IBEW Welfare Trust Fund, Walter E. Ryan, Jr. and Albert L. Feldman (collectively, the "Moving Plaintiffs") in the presence of all counsel of record, and the Court having read the parties' papers and ~~heard argument of counsel~~ and considered same pursuant to Fed. R. Civ. P. 78, and good cause appearing,

  IT IS THIS    day of 17th 2010

3

ORDERED as follows:

1. The above-captioned actions are to be consolidated for all purposes including trial, under Civil Action 10-2033(FLW), (collectively the "Consolidated Action"), and shall bear the following caption:

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033(FLW) |

2. All papers filed in connection with the Consolidated Action need only be filed in Civil Action No. 10-2033.

3. This Order shall apply to each derivative action on behalf of Johnson & Johnson subsequently filed in or transferred to the United States District Court of New Jersey. Any such subsequently filed action shall be automatically consolidated into this action.

4. The law firms Bernstein Litowitz Berger & Grossmann LLP, Morris and Morris LLC Counselors At Law, Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. and Robbins Geller Rudman & Dowd LLP are appointed Co-Lead Counsel in the Consolidated Action.

5. Co-Lead Counsel shall have sole authority to:

   a. determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

   b. coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules;

   c. conduct settlement negotiations on behalf of Plaintiffs;

   d. delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs is conducted efficiently and effectively;

   e. enter into stipulations and/or agreements with opposing counsel as necessary for the conduct of the litigation;

4

    f. monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

    g. perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the court.

  6. Co-Lead Counsel shall form an Executive Committee. Co-Lead Counsel will be responsible for establishing litigation committees, including but not limited to a Discovery Management and Merits Analysis Committee that will be co-chaired by Berger & Montague, P.C. and Krislov & Associates, Ltd.

*/s/ Freda L. Wolfson*
FREDA L. WOLFSON, U.S.D.J.