Donald A. Robinson
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

Walter C. Carlson (admitted *pro hac vice*)
Laura Day Rottenborn (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Nominal Defendant*
*Johnson & Johnson*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | CIVIL NO. 3:10-CV-02033<br><br>**CERTIFICATION OF DONALD A. ROBINSON** |

DONALD A. ROBINSON, of full age, hereby certifies as follows:

1. I am a member of the firm of Robinson, Wettre & Miller LLC, co-counsel for nominal defendant Johnson & Johnson. I submit this Certification in support of Johnson & Johnson's letter to Judge Freda L. Wolfson dated May 23, 2011, re: *In re J&J Derivative Litigation*, Case No. 3:10-cv-2033 (D.N.J.) ("*In re J&J*"): Request for Consolidation of *Wollman et al. v. Coleman et al.*, Case No. 3:11-cv-2511 (D.N.J.), and *Cafaro et al. v. Coleman et al.*, Case No. 3:11-cv-2652 (D.N.J.), into *In re J&J*.

2. A true and correct copy of the August 10, 2010, letter from Travis E. Downs III, Robbins Geller Rudman & Dowd LLP, and Debra S. Goodman, Law Office of Debra S. Goodman P.C., to the Board of Directors of Johnson & Johnson, care of William C. Weldon, Chairman of the Board, is attached as Exhibit 1.

3. A true and correct copy of the September 2, 2010, letter from Walter C. Carlson, Sidley Austin LLP, to Travis E. Downs III, Robbins Geller Rudman & Dowd LLP, is attached as Exhibit 2.

4. A true and correct copy of the November 9, 2010, letter from Travis E. Downs III, Robbins Geller Rudman & Dowd LLP, to Walter C. Carlson, Sidley Austin LLP, is attached as Exhibit 3.

5. A true and correct copy of the January 11, 2011, letter from Walter C. Carlson, Sidley Austin LLP, to Travis E. Downs III, Robbins Geller Rudman & Dowd LLP, is attached as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

                                          *s/Donald A. Robinson*
                                          ―――――――――――
                                          Donald A. Robinson

Dated:  May 23, 2011