DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
AT 8:30
JUN 22 2011
WILLIAM T. WALSH
CLERK

IN RE: JOHNSON & JOHNSON ) 
DERIVATIVE LITIGATION ) Civil Action No. 3:10-cv-2033-FLW-DEA

**ORDER ADMITTING SCOTT R. SHEPHERD, ESQUIRE *PRO HAC VICE* TO APPEAR ON BEHALF OF PLAINTIFF IN THIS MATTER**

WHEREAS, this Court having reviewed the materials submitted in support of the motion to admit Scott R. Shepherd *pro hac vice,* it is hereby ORDERED that:

1.  Scott R. Shepherd is hereby admitted *pro hac vice* to appear in this matter on behalf of plaintiff;

2.  Scott R. Shepherd is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules and Local Civil Rule 101.1(c) ;

3.  Scott R. Shepherd is hereby required to notify this Court of any matter affecting his standing at the bar of any court;

4.  Scott R. Shepherd shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney-of-record authorized to practice in this State and before this Court, who shall be held responsible for them and for the conduct of the attorney admitted *pro hac vice*;

5.  Scott R. Shepherd shall make payment of $150.00 to the Clerk of the United

States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days of entry of this Order; and

      6.    Scott R. Shepherd shall comply with the obligations of any attorney admitted to practice in this Court, and shall make payment to the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

IT IS SO ORDERED.

Dated: 22 - Jun - 2011

By: _____

**Douglas E. Arpert, U.S.M.J.**

2