Donald A. Robinson
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

Walter C. Carlson (admitted *pro hac vice*)
Laura Day Rottenborn (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Nominal Defendant*
*Johnson & Johnson*

RECEIVED
JUL 14 2011
AT 8:30_____
WILLIAM T. WALSH —M
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | CIVIL NO. 3:10-CV-02033 (FLW)(DEA)<br><br>**ORDER GRANTING**<br>**ADMISSION *PRO HAC VICE*** |

THIS MATTER having been brought before the Court on the application of Robinson, Wettre & Miller LLC, attorneys for nominal defendant Johnson & Johnson for an Order admitting *pro hac vice* Kristen R. Seeger, Esq. of Sidley Austin, LLP, One South Dearborn Street, Chicago, Illinois 6060; and the Court having reviewed the supporting papers filed in support of this application; and the Court being satisfied that there is good cause pursuant to Local Civil Rule 101.1(c);

IT IS on this 14th day of July, 2011;

**ORDERED** that Kristen R. Seeger, Esq., a member in good standing of the Bar of the State of Illinois, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of the firm of Robinson, Wettre & Miller LLC, who shall be held responsible for the papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Kristen R. Seeger, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Kristen R. Seeger, Esq. shall pay to the Clerk of the Court the admission fee due to this District; and it is further

**ORDERED** that Kristen R. Seeger, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, L. Civ. R. 104.1, <u>Discipline of Attorneys</u>, and Appendix R; and it is further

**ORDERED** that Kristen R. Seeger, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-2, as amended.

_____
DOUGLAS E. ARPERT, U.S.M.J.

— Consent