

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES |  NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| wcarlson@sidley.com<br>(312) 853 7734 | FOUNDED 1866 | |

July 18, 2011

**BY CM/ECF**

Honorable Freda L. Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   *In re J&J Derivative Litigation*, Case No. 3:10-cv-2033 (D.N.J.)

Dear Judge Wolfson:

We, together with attorneys from Robinson, Wettre & Miller LLC, represent nominal defendant Johnson & Johnson ("J&J") in the above-captioned matter.

As you know, the Special Committee of J&J's Board, assisted by its counsel Douglas S. Eakeley of Lowenstein Sandler PC, has concluded its investigation with respect to the claims asserted in various shareholder demand letters and shareholder derivative suits. The Special Committee and its independent counsel have prepared an extensive Report setting forth the scope of the investigation, the findings, and the conclusions and recommendations. The Report was sent to J&J's Board of Directors in late June.

J&J's Board of Directors met earlier today. At that meeting, the full Board (with the exception of the Chairman/CEO, who did not participate for the reasons set forth in the Report) had the opportunity to discuss and fully consider the Report and unanimously adopted the recommendations set forth in the Report.

As the Court requested, J&J is now filing this letter and the Report. J&J will be making further submissions with respect to the pending motions in accordance with the schedule previously set by the Court.



Honorable Freda L. Wolfson
July 18, 2011
Page 2

                                      Respectfully submitted,

                                      SIDLEY AUSTIN LLP

                                      By: _____
                                                Walter C. Carlson

                                      ROBINSON, WETTRE & MILLER LLC

                                      By: *s/ Donald A. Robinson*
                                           Donald A. Robinson

Enclosure

cc:    Honorable Douglas E. Arpert (By CM/ECF)
        All Counsel of Record (By CM/ECF)

CH1 6042057v.1