UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Trenton                                                                                       July 28, 2011
Office                                                                                         Date of Proceedings

Judge Freda L. Wolfson, USDJ

Court Reporter: Vincent Russoniello
Deputy Clerk   Jacqueline Gore

Title of Case:
                                                                   Docket Cv. 10-2033FLW)
In Re: Johnson & Johnson Derivative Litigation

Appearances:
James Checchi, Esq., Mark Lebovitch, Esq., David Mitchell, Esq., Travis Downs, Esq. Kristen R. Seeger, Esq., JeroenVan Kwawegen, Esq. (Lead Pltfs)
Scott Shepherd, Esq. For Plaintiff-Copeland
Karen Morris, Esq. Patrick Morris, Esq. For Plaintiffs
Barbara Podell, Esq. For Plaintiff- Albert Feldman
Jeffrey Abraham, Esq., Philip Taylor, Esq., Gary Graifman, Esq., & Howard Longman, Esq. For Proposed Intervener Katz & Tarson.
Walter Carlson, Esq. Donald Robinson, Esq. For Johnson & Johnson
Erik Haas, Esq. & Edwin Chociey, Esq. For Individual defendants.

Nature of Proceedings:

Hearing on Motion (#105) to Dismiss by Johnson & Johnson
Court Reserved Decision.
Hearing on Motion (#107) by M.J. Copeland for Re-Designation.
Court Ordered Motion is Granted.
Hearing on Motion (#120) by Katz & Tarson to Intervene.
Court Ordered Motion is Denied.
Order to be filed.

Commenced: 10:00 a.m.
Adjourned:   11:45 a.m.

                                                                          *s/Jacqueline Gore*
                                                                          Deputy Clerk