Donald A. Robinson
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

Walter C. Carlson (admitted *pro hac vice*)
Laura Day Rottenborn (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Nominal Defendant*
*Johnson & Johnson*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 3:10-CV-02033 (FLW) (DEA)<br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk
         United States District Court
         50 Walnut Street
         Newark, New Jersey 07102

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel in the above proceeding for nominal defendant Johnson & Johnson.

                                                            ROBINSON, WETTRE & MILLER LLC


                                                            By:  s/   *Keith J. Miller*
                                                                      Keith J. Miller

Dated:   July 29, 2011