UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
DERIVATIVE LITIGATION,
: Civil Action No. 10-2033 (FLW)
: **ORDER**

This matter having been opened to the Court by Donald Robinson, Esq., counsel for Nominal Defendant Johnson & Johnson ("Defendant"), on a motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs' Consolidated Amended Complaint for failure to meet the particularity requirements of Fed. R. Civ. P. 23.1, and the motion having been joined by the individually named defendants; it appearing that the Court considered the moving, opposition, reply, and sur-reply papers, and exhibits, submitted by the parties; and it appearing that the Court held oral argument on July 28, 2011; and for the reasons stated in the Opinion of this same date and for good cause shown:

IT IS on this 29th day of September, 2011,

ORDERED that Defendants' motion to dismiss (No. 105) is GRANTED and Plaintiffs' Complaint is dismissed WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiffs shall inform the Court whether they intend to file an amended pleading within thirty (30) days of the date of this Order.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.