RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Attorneys for Defendants
Mary Sue Coleman, James G. Cullen, Michael M.E. Johns, Arnold G. Langbo, Susan L.
Lindquist, Leo F. Mullin, William D. Perez, Charles O. Prince, III, David Satcher, William C.
Weldon, Russell C. Deyo, Alex Gorsky, Peter Luther, Christine A. Poon, Joseph C. Scodari and
Nicholas Valeriani

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 10-2033(FLW)(DEA)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR LEONARD BRAMAN** |

TO:   CLERK OF THE COURT

ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Leonard Braman, Esq., an associate of the law firm of

Patterson Belknap Webb & Tyler LLP ("Patterson Belknap"), and admitted pro hac vice in this

action, hereby withdraws as counsel for defendants Mary Sue Coleman, James G. Cullen,

Michael M.E. Johns, Arnold G. Langbo, Susan L. Lindquist, Leo F. Mullin, William D. Perez,

Charles O. Prince, III, David Satcher, William C. Weldon, Russell C. Deyo, Alex Gorsky, Peter

Luther, Christine A. Poon, Joseph C. Scodari and Nicholas Valeriani.  Erik Haas, Joshua A.

Goldberg and Vivian Storm, Esqs. of Patterson Belknap, admitted pro hac vice in this action,

remain as counsel for defendants, and Edwin F. Chociey, Jr. of Riker, Danzig, Scherer, Hyland & Perretti LLP remains as counsel for defendants.

> RIKER, DANZIG, SCHERER, HYLAND &
>  PERRETTI LLP
> Attorneys for Defendants
> Mary Sue Coleman, James G. Cullen, Michael M.E. Johns, Arnold
> G. Langbo, Susan L. Lindquist, Leo F. Mullin, William D. Perez,
> Charles O. Prince, III, David Satcher, William C. Weldon, Russell
> C. Deyo, Alex Gorsky, Peter Luther, Christine A. Poon, Joseph C.
> Scodari and Nicholas Valeriani

> By:_____     /s/Edwin F. Chociey, Jr._____
>                    Edwin F. Chociey, Jr.

Dated: October 10, 2011

**<u>Certificate of Service</u>**

I hereby certify that on the date indicated herein I caused a copy of this Notice of Withdrawal of Counsel for Leonard Braman to be served via ECF upon all counsel of record in this action.

_____/s/Edwin F. Chociey, Jr._____

Edwin F. Chociey, Jr.

Dated: October 10, 2011

4174073