# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT* |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | **www.carellabyrne.com** | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | *MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

October 31, 2011

**IT IS SO ORDERED:**

_(signature)_

FREDA L. WOLFSON, U.S.D.J.

VIA ECF

The Honorable Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

> Re:    In re: Johnson & Johnson Derivative Litigation
>        Civil Action No. 10-2033 (FLW)

Dear Judge Wolfson:

Our firm, along with our co-counsel, represents the demand futility Plaintiff shareholders in this derivative action.

Under Your Honor's September 29, 2011 Order, the Demand Futility plaintiffs were given 30 days to advise the Court of our intentions regarding this litigation. For a variety of reasons, we are still in the process of reaching consensus on this issue and believe that a 30-day extension of time to inform the Court of our plans would be productive and in the interests of justice. I have spoken to defendants' counsel concerning our request, and they have no objection to the requested extension. If this request is acceptable to the Court, we respectfully request that Your Honor So Order this letter and have a "filed" copy returned to us via the Court's ECF system. Of course, should the Court have any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi

JAMES E. CECCHI

cc:    All Counsel (via ECF)

RECEIVED

NOV - 4 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK