| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Darren J. Robbins<br>Travis E. Downs III<br>David W. Mitchell<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>(619) 231-1058 |
| Mark Lebovitch<br>Amy Miller<br>Jeremy Friedman<br>Jeroen van Kwawegen<br>BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400 | Karen L. Morris<br>Patrick F. Morris<br>MORRIS AND MORRIS LLC<br>4001 Kennett Pike, Suite 300<br>Wilmington, Delaware 19807<br>(302) 426-0406 |

Co-Lead Counsel for Plaintiffs

RECEIVED
JAN 13 2012
AT 8:30
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON<br>DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW)<br><br>**STIPULATION and ORDER** |

IT IS HEREBY STIPULATED by and between the parties that the Demand Futility Plaintiffs' time to advise the Court as to their intentions with respect to the litigation, as provided in the Court's Order dated September 29, 2011, is hereby extended to March 2, 2012.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO<br>Co-Lead Counsel for Plaintiffs | ROBINSON, WETTRE & MILLER<br>Attorneys for Defendants |
| By: /s/ James E. Cecchi<br>      JAMES E. CECCHI | By: /s/ Donald A. Robinson<br>      DONALD A. ROBINSON |

SO ORDERED this 13th day of January, 2012

/s/ Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.