Case 3:10-cv-02033-FLW-DEA Document 177 Filed 05/02/12 Page 1 of 1 PageID: 4931

MAY-01-2012 12:42 From:CARELLA BYRNE   9735330469   To:609 9890496   P.3/3

RECEIVED
AT 8:30
MAY -2 2012
WILLIAM T. WALSH
CLERK

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Mark Lebovitch
Amy Miller
Jeremy Friedman
Jeroen van Kwawegen
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Darren J. Robbins
Travis E. Downs III
David W. Mitchell
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058

Karen L. Morris
Patrick F. Morris
MORRIS AND MORRIS LLC
4001 Kennett Pike, Suite 300
Wilmington, Delaware 19807
(302) 426-0406

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) **STIPULATION and ORDER** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties that the Demand Futility Plaintiffs' time to advise the Court as to their intentions with respect to the litigation, as provided in the Court's Order dated September 29, 2011, is hereby extended to May 15, 2012.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
Co-Lead Counsel for Plaintiffs

By:   /s/ James E. Cecchi
      JAMES E. CECCHI

ROBINSON, WETTRE & MILLER
Attorneys for Defendants

By:   /s/ Donald A. Robinson
      DONALD A. ROBINSON

SO ORDERED this 2nd day of May, 2012

_____
FREDA L. WOLFSON, U.S.D.J.