LAW OFFICES
## KANTROWITZ, GOLDHAMER & GRAIFMAN
210 SUMMIT AVE.
MONTVALE, NEW JERSEY 07645

(201) 391-7000
FAX # (201) 307-1086
www.kgglaw.com

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
RISA K. JAMESON**
MICHAEL L. BRAUNSTEIN*

OF COUNSEL
SHARON M. KANTROWITZ*
STEVEN B. ROTHSCHILD**

* N.Y. & N.J. BAR
** N.Y. BAR ONLY
† N.J., N.Y. & FLA. BAR

AFFILIATE
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
ROCKLAND COUNTY
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216
(845) 356-2570
FAX # (845) 356-4335

May 14, 2012

*Via ECF Filing and Overnight Priority Mail*

Hon. Freda L. Wolfson
United States District Judge
U. S. District Court, District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re   *In re Johnson & Johnson Demand Refused Derivative Litig.*
           *(Copeland, et al v. Prince, et al.)*
           Civil Action No. 11-4993 (FLW) (DEA) (D.N.J.)

           *In re Johnson & Johnson Demand Futility Litig.*
           Civil Action No. 10-2033 (FLW) (DEA) (D.N.J.)

Dear Judge Wolfson:

      I am liaison counsel for the Demand Refused Plaintiffs in the above-referenced derivative action against Johnson & Johnson.

      We are requesting a conference with the Court to apprise the Court of the current status of the case and to address outstanding issues. We understand that in the Demand Futility Derivative action, a conference is scheduled with the Court for tomorrow, Tuesday, May 15, 2012. We believe that the Court would benefit from a joint status conference and would respectfully request that we be given leave to participate in the conference scheduled for tomorrow, rather than scheduling a separate status conference in our litigation concerning the Demand Refused Derivative action.

Hon. Freda L. Wolfson
May 14, 2012
Page 2

      We are, of course, amenable to either an in-person conference or a telephone conference, at the Court's convenience and preference.

Respectfully submitted,

GARY S. GRAIFMAN

GSG:cc
cc:    All counsel of record