RECEIVED
MAY 30 2012
AT 8:30
WILLIAM T. WALSH
CLERK

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Mark Lebovitch
Amy Miller
Jeremy Friedman
Jeroen van Kwawegen
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Co-Lead Counsel for Plaintiffs

Darren J. Robbins
Travis E. Downs III
David W. Mitchell
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
(619) 231-1058

Karen L. Morris
Patrick F. Morris
MORRIS AND MORRIS LLC
4001 Kennett Pike, Suite 300
Wilmington, Delaware 19807
(302) 426-0406

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) <br><br> **STIPULATION and ORDER** |

IT IS HEREBY STIPULATED by and between the parties that the Demand Futility Plaintiffs' time to advise the Court as to their intentions with respect to the litigation, as provided in the Court's Order dated September 29, 2011, is hereby extended to June 12, 2012.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
Co-Lead Counsel for Plaintiffs

By: /s/ James E. Cecchi
    JAMES E. CECCHI

ROBINSON, WETTRE & MILLER
Attorneys for Defendants

By: /s/ Donald A. Robinson
    DONALD A. ROBINSON

SO ORDERED this 29th day of May, 2012

_____
FREDA L. WOLFSON, U.S.D.J.