# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

August 24, 2012

<u>VIA ECF</u>

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

      Re:    <u>In re: Johnson & Johnson Derivative Litigation</u>
              <u>Civil Action No. 10-2033 (FLW)</u>

Dear Judge Wolfson:

      We are co-counsel for the Demand Futility Plaintiffs in the above matter. We respectfully request permission to file and over-length combined brief in support of final approval of the settlement and attorney fee application in the above matter of not to exceed 45 pages in 12 point Times New Roman font. There are a number of issues which need to be addressed and the additional pages are necessary in order to appropriately address them. We have consulted with Defendants' counsel and they have consented to the request.

      If the foregoing is acceptable to the Court, kindly "so order" this letter and have a "filed" copy returned to us via the Court's ECF system.

      Thank you for your continued attention to this matter. If the Court has any questions, we are available at your convenience.

                          Respectfully submitted,

                          CARELLA, BYRNE, CECCHI,
                          OLSTEIN, BRODY & AGNELLO

                          /s/ Lindsey H. Taylor

                          LINDSEY H. TAYLOR

cc:    All counsel via ECF