**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

**SAMUEL & STEIN**
David M. Nieporent (DN-9400)
David Stein (DS-2119)
38 West 32nd Street, Suite 1110
New York, NY 10001
(212) 563-9884
Fax (212) 563-9870
Email: dnieporent@samuelandstein.com

Theodore H. Frank (*pro hac vice* pending)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

Attorneys for Intervenor/Objector
Mark Petri

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |

**NOTICE OF APPEARANCE**

NOW COMES attorney David M. Nieporent, Esq., and enters his appearance as co-counsel in this matter with Theodore H. Frank, Esq. (*pro hac vice* pending), in this matter on behalf of intervenor/objector Mark Petri.

Dated: August 30, 2012

*David M. Nieporent*
_____
David M. Nieporent, Esq.


/s/ Theodore H. Frank
_____
Theodore H. Frank, Esq.

2

Dated: August 30, 2012