## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |
| | Judge Freda L. Wolfson |
| | Date: September 28, 2012 |
| | Time: 10:00 a.m. |
| | Courtroom: 5E |

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF THEODORE H. FRANK

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone: (703) 203-3848
Email: tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Attorneys for Intervenor/Objector Petri

2

      I, David M. Nieporent, an attorney in good standing of the State of New Jersey and authorized to practice in this State and this Court, hereby move the United States District Court for the District of New Jersey, in accordance with L. Civ. R. 101.1(c), to permit the appearance of Theodore H. Frank, a member of the bars of Illinois, California and the District of Columbia *pro hac* vice in the above-captioned matter. The affidavits of Theodore H. Frank and David M. Nieporent are relied upon in support of this motion.

      I hereby certify that copies of this motion and the attached affidavit have been served upon all parties in the above captioned matter.

Dated:  August 31, 2012            Respectfully submitted,

*/s/ David M. Nieporent*
_____
David M. Nieporent