## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |

| | |
|---|---|
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |

| | |
|---|---|
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |
| | Judge Freda L. Wolfson<br>Date: September 28, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5E |

## NOTICE OF INTENT TO APPEAR OF MARK G. PETRI

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone:  (703) 203-3848
Email:  tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Attorneys for Intervenor/Objector Petri

NOTICE OF INTENT TO APPEAR     1

Pursuant to the Court's Preliminary Approval Order, let this document be notification that Intervening Objector Mark G. Petri intends to appear through his attorney Theodore H. Frank (*pro hac vice* admission pending) at the final approval hearing, in the above-captioned matter, scheduled for September 28, 2012 at 10:00 a.m. Mr. Frank wishes to discuss matters raised in Mr. Petri's Objection and Memorandum in Support of Motion to Dismiss and in his Memorandum in Support of Motion to Intervene. Petri intends to call no witnesses at the fairness hearing, but reserves the right to make use of all documents attached as exhibits to the declarations of Theodore H. Frank and Mark G. Petri or any other documents entered on to the docket by any settling party or objector. Petri also reserves the right to cross-examine any witnesses who testify at the hearing in support of final approval.

Intervening Objector Mark G. Petri (9822 North Valley Hill Drive, Mequon, Wisconsin 53092, (262) 241-3537) is a Johnson & Johnson (J&J) shareholder. *See* Declaration of Mark G. Petri ¶¶ 1-2 (Petri Decl.). Petri first acquired shares of J&J in 1988 and since then has continuously held J&J shares. *See id.* ¶ 3. Petri holds J&J stock in two accounts. *See id.* ¶¶ 3-4. In his Computershare Trust Account he owned 1,035.245181 shares on July 11, 2012, and the same amount as of the date of this submission. *See id.* ¶ 3. In his Charles Schwab account he owned 214.7419 shares on July 11, 2012, and the same amount as of the date of this submission. *See id.* ¶ 4.

Dated:  August 31, 2012                    Respectfully submitted,


*David M. Nieporent*
_____
David M. Nieporent

---

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served via FedEx overnight shipment a copy of this Notice of Intent to Appear and accompanying documents upon the following:

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

| | |
|---|---|
| Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.<br>Attn: James E. Cecchi<br>5 Becker Farm Road<br>Roseland, NJ 07068 | Patterson Belknap Webb & Tyler<br>Attn: Erik Haas<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| Kantrowitz, Goldhamer & Graifman, P.C.<br>Attn: Gary Graifman<br>210 Summit Avenue<br>Montvale, NJ 07645 | Sidley Austin LLP<br>Attn: Kristen R. Seeger<br>One South Dearborn Street<br>Chicago, IL 60603 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2012

David M. Nieporent

David M. Nieporent