Page 1 of 2

# Johnson & Johnson

# Computershare

Computershare Trust Company, N.A.
PO Box 43078
Providence, RI 02940-3078
Within USA, US territories & Canada   800 328 9033
Outside USA, US territories & Canada   781 575 2718
www-us.computershare.com/investor

Johnson & Johnson is incorporated under the laws of the State of NJ.

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 530   000064/0022219   022219

MARK G PETRI
9822 N VALLEY HILL DR
MEQUON WI 53092

**Holder Account Number**

320

| SSN/TIN Certified | Symbol |
|---|---|
| Yes | JNJ |

001CS0006_rps.DL_PG1.JNJ.024758_40228/022219/022219/i1

## Johnson & Johnson - Summary of Account Holdings and Transaction Form

It is important to retain this statement for tax reporting purposes and for use as a reference when you access your account online at our website or when contacting Computershare.

Holder Account Number: 320

Save time. Be more secure. Help the environment. Manage your holdings at Investor Centre!
It is easy and free, so get started now at www-us.computershare.com/investor.

### ▶ ACCOUNT SUMMARY

As of close of stock market on 12 Jun 2012

| Stock Class Description | Certificated Shares/ Units Held by You | Direct Registration Book Shares/Units | Investment Plan Book Shares/Units | Total Shares/Units | Closing Price Per Share/Unit ($) | Market Value ($) |
|---|---|---|---|---|---|---|
| DRIP - Common Stock | 250.000000 | 0.000000 | 785.245181 | 1,035.245181 | 63.080000 | 65,303.27 |

### Dividend Reinvestment Activity

As of record date

This section includes information only for shares/units for which dividends are reinvested.

| Record Date | Payment Date | Dividend Rate ($) | Stock Class Description | Dividend Reinvestment Shares/Units | Gross Dividend ($) | Taxes Withheld ($) | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 29 May 2012 | 12 Jun 2012 | 0.610000 | Common | 1,025.304377 | 625.44 | | 625.44 |

### Transaction History

From: 01 Jan 2012   To: 12 Jun 2012

This section pertains only to book-entry shares/units.

| Date | Transaction Description | Transaction Amount ($) | Deduction Description | Deduction Amount ($) | Net Amount ($) | Price Per Share/Unit ($) | Transaction Shares/Units | Total Book Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Plan Transactions DRIP - Common Stock | | | | | | | | |
| | Balance Forward | | | | | | | 766.418357 |
| 13 Mar 2012 | Dividend Reinvestment | 579.36 | Comp Paid Fees | 0.27 | 579.36 | 65.199041 | 8.886020 | 775.304377 |
| 12 Jun 2012 | Dividend Reinvestment | 625.44 | Comp Paid Fees | 0.30 | 625.44 | 62.916442 | 9.940804 | 785.245181 |

00TPPA (Rev. 12/11)