# charles SCHWAB

**Schwab One® Account of**
**MARK GEORGE PETRI**

**Statement Period**
**July 1-31, 2012**

Cut paper clutter. Switch to eStatements at www.schwab.com/paperless or call us today to learn more about how to receive statements only when your account has activity. Also visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.

07/31-00000-DT7F3406 *
MARK GEORGE PETRI
9822 NORTH VALLEY HILL DRIVE
MEQUON WI        53092-5349

**Your Consultant**

Kevin Gerard
Independent Branch Leader
tel: 1(262)250-0800
email: Kevin.Gerard@schwab.com

## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-4000

**Schwab by Phone ™**
**Automated Services:**
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss

## Market Monitor

| Rates | Yield |
|---|---|
| Value Adv Money Fd SWVXX | 0.01% |
| Sch Investor Money Fund | 0.01% |

| Indices | Year To Date Change |
|---|---|
| Dow Jones Industrial Average | 6.48% |
| Standard & Poor's 500 Index® | 9.68% |
| Schwab 1000 Index® | 9.36% |
| NASDAQ Composite Index | 12.83% |

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-240) STP25264R1-01

# charles SCHWAB

Schwab One® Account of
**MARK GEORGE PETRI**

Statement Period
July 1-31, 2012

## Investment Detail - Equities (continued)

Accounting Method
Equities: Tax Lot Optimizer ™

| | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** (continued) | | | | | | | |
| **JOHNSON & JOHNSON** ◊ <br> SYMBOL: JNJ | 214.7419 | 69.2200 | 14,864.43 <br> 12,679.60 | | 2,184.83 | 3.52% | 523.97 |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

SIPC