

Careers    Investors    Our Responsibility    News    Partners    Contact Us          Find          Enter product name, company or keyword

Home          Our Products          Our Caring          Our Company

**Our Company**

**Our Credo Values**

Our Management Approach

Our Citizenship

Corporate Governance

Company Structure

Our People & Diversity

Company Publications

Our History

Listen          Text Size | Text Only | Email to a Friend | Printer Friendly | RSS

## Our Credo Values

The values that guide our decision making are spelled out in Our Credo. Put simply, Our Credo challenges us to put the needs and well-being of the people we serve *first*.

Robert Wood Johnson, former chairman from 1932 to 1963 and a member of the Company's founding family, crafted Our Credo himself in 1943, just before Johnson & Johnson became a publicly traded company. This was long before anyone ever heard the term "corporate social responsibility." Our Credo is more than just a moral compass. We believe it's a recipe for business success. The fact that Johnson & Johnson is one of only a handful of companies that have flourished through more than a century of change is proof of that.

View the video to learn more about Our Credo and how it lives in the Johnson & Johnson Family of Companies today. Explore its history on our blog, Kilmer House, named for Dr. Frederick Barnett Kilmer, the first scientific director of Johnson & Johnson.

Our Credo
Kilmer House
The Passing of the Torch
The Laurel Club
What Was it Like to Work Here 100 Years Ago?

Additional information illustrating Our Credo Values can be found at:

Our Caring
Our Stories
Our Giving

Our Citizenship
Protecting the Environment
Our People & Diversity

Accessibility    Sitemap    Privacy Policy    Legal Notice    Employees

This site is governed solely by applicable U.S. laws and governmental regulations. Please see our Privacy Policy. Use of this site constitutes your consent to application of such laws and regulations and to our Privacy Policy. Your use of the information on this site is subject to the terms of our Legal Notice. You should view the News section and the most recent SEC Filings in the Investor section in order to receive the most current information made available by Johnson & Johnson Services, Inc. Contact Us with any questions or search this site for more information.

All contents © Copyright Johnson & Johnson Services, Inc.1997-2012. All Rights Reserved.

Find us at

