RECEIVED

SEP 05 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) <br><br> ~~Judge Freda L. Wolfso~~n <br> ~~Date: September 28, 201~~2 <br> ~~Time: 10:00 a.m~~. <br> ~~Courtroom: 5E~~ |

### ~~[PROPOSED]~~ ORDER

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone: (703) 203-3848
Email: tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Attorneys for Intervenor/Objector Petri

BEFORE Freda L. Wolfson, U.S.D.J:

David M. Nieporent, Esq., an attorney in good standing of the State of New Jersey moved under L. Civ. R. 101.1(c), to permit the appearance *pro hac vice* of Theodore H. Frank, a member of the bars of Illinois, California, and the District of Columbia, in the above-captioned matter, on behalf of the Objector. The affidavit of Theodore H. Frank, Esq., indicates that he satisfies the conditions for admission set forth in L. Civ. R. 101.1(c). Therefore,

IT IS this 5th day of ~~August~~ September, 2012,

ORDERED that the motion seeking the admission of Theodore H. Frank, Esq., to practice before the United States District Court for the District of new Jersey *pro hac vice* in the above-captioned matter is hereby granted, provided that Theodore H. Frank shall:

1. Abide by the Rules of this Court, including all disciplinary rules;

2. Consent to the appointment of the Clerk for service of process for all actions against him or his firm that may arise out of participation in this matter;

3. Notify the Court immediately of any matter affecting his standing at the bar of any other court;

4. Have all pleadings, briefs and other papers filed with the United States District Court for the District of New Jersey signed by an attorney of record authorized to practice in this state, who shall be held responsible for them and for the conduct of this cause and of the admitted attorney therein;

5. Make annual payment to the New Jersey Lawyers' Fund for Client Protection for $200.00 as provided in L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and

6. Make payment to the Clerk, U.S.D.C, of $150.00 as a *pro hac vice* admission fee, as provided in L. Civ. R. 101.1(c)(3).

_____
Hon. Freda. L. Wolfson, U.S.D.J.

**Douglas E. Arpert, U.S.M.J.**

—unopposed/consent

* terminate dkt. entry no. 188 in 10-2033
* terminate dkt entry no. 58 in 11-2511
* terminate dkt. entry no. 41 in 11-4993