# KATE LITVAK

Northwestern University School of Law
k-litvak@northwestern.edu
http://papers.ssrn.com/author =280095

## EMPLOYMENT

- Northwestern University Law School, Professor, 2009 – present
- University of Texas Law School, Assistant Professor, 2004 – 2009
- Columbia Law School, Olin Fellow in Law and Economics, 2003-2004
- Hon. Frank H. Easterbrook, US Court of Appeals for the Seventh Circuit, Law Clerk, 2002-2003
- Hon. Ralph K. Winter, US Court of Appeals for the Second Circuit, Law Clerk, 2001-2002
- Skadden Arps Slate Meagher & Flom, Summer Associate, New York and Hong Kong Offices (2000)

## EDUCATION

- J.D., Stanford Law School (2001)
- M.A., Harvard University (1998)
- B.A., University of California, Los Angeles (1996)

## ACADEMIC PUBLICATIONS

### *The Sarbanes-Oxley Act*

- "The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US," *Journal of Corporate Finance,* Vol. 13, pp. 195-228 (2007). Available at http://ssrn.com/abstract=876624
  - Best Paper of the Issue award; lead article

- "Sarbanes-Oxley and the Cross-Listing Premium," *Michigan Law Review*, Vol. 105, pp. 1857-1898 (2007). Available at http://papers.ssrn.com/abstract_id=959022

- "Long-Term Effect of Sarbanes-Oxley on Cross-Listing Premia," *European Financial Management,* vol. 14, pp. 875-920 (2008). Available at http://papers.ssrn.com/abstract_id= 994583

### *Venture Capital and Entrepreneurial Finance*

- "The Effect of Litigation on Venture Capitalist Reputation" (with Vladimir Atanasov and Vladimir Ivanov). *Journal of Finance* (forthcoming, 2012). Available at http://papers.ssrn.com/abstract =1120994

- "Venture Capital Partnership Agreements: Understanding Compensation Arrangements," *University of Chicago Law Review*, Vol. 76, pp. 161-218 (2009).

- "Governing by Exit: Default Penalties and Walkaway Options in Venture Capital Partnership Agreements," *Willamette Law Review*, Vol. 40, pp. 771-812 (2004). Available at http://ssrn.com/abstract=613142

- "What Economists Have Taught Us About Venture Capital Contracting" (with Michael Klausner), in BRIDGING THE ENTREPRENEURIAL FINANCIAL GAP: LINKING GOVERNANCE WITH REGULATORY POLICY, Michael Wincorp, ed. (Ashate, 2001) (book chapter). Available at http://ssrn.com/abstract=280024
  - Reprinted in THE LAW AND ORGANIZATION OF STRATEGIC ALLIANCES AND JOINT VENTURES, Joseph A. McCahery and Erik Vermeulen, eds. (Cambridge University Press, 2008).

1

*Other*

- "Frank Easterbrook and Daniel Fischel," chapter in PIONEERS OF LAW AND ECONOMICS, Lloyd R. Cohen and Joshua D. Wright, eds. (Edgar Publishing, 2008). Available at http://ssrn.com/abstract=1089948
- "Blog as a Bugged Water Cooler", *Washington University in St. Louis Law Review*, Vol. 84, pp. 1061-1070 (2007). Available at http://ssrn.com/abstract=898186
- "The Role of Political Competition and Bargaining in Russian Foreign Policy Formation: the Case of Moldova," *Communist and Post-Communist Studies*, Vol. 29 (1996)

## WORK UNDER REVIEW

- Defensive Management: Does the Sarbanes-Oxley Act Discourage Corporate Risk-Taking?" Available at http://ssrn.com/abstract=1120971
  - Revise and Resubmit in the *American Law and Economics Review*

## CIRCULATED UNPUBLISHED MANUSCRIPTS

- "Using a randomized experiment to measure the impact of firm governance on information quality, capital raising, and investment" (draft August 2012)

- "How Much Can We Learn from Regressing Corporate Characteristics Against the State of Incorporation? (draft October 2011)

- "The Correlation Between Asset Values and Stock Prices as a Measure of Corporate Governance" (draft September 2011)

- "When Assets Go Home at Night: The Effect of Labor Mobility on Firms' Financial Decisions" (draft January 2011)

- "The Relationship Among U.S. Securities Laws, Cross-Listing Premia, and Trading Volumes" (draft April 2009)

- "The Effect of Immigration Laws on Firms' Financial Decisions" (draft June 2010)

- Diversification and Syndication in the Venture Capital Industry as the Theory of the Firm Puzzle (draft December 2010)

- "Summary Disclosure and the Efficiency of the OTC Market: Evidence from the Recent Pink Sheets Experiment" (draft December 2008)

- "Firm Governance as a Determinant of Capital Lock-In"

## WORK IN PROGRESS

- "Using a Natural Experiment to Estimate the Impact of Serfdom on Russian Economic Development "
- "Bonding Without Trading: Does U.S. Law Improve Firm Value when It Does Not Give Access to U.S. Exchanges?"
- "What's in the Name: Why Foreign Companies Pretend to be American"
- "Cross-Listing Outside the US: Patterns and Consequences"
- "Subjecting Bulletin Board Firms to Full Regulation: The Impact on Foreign Cross-Listed Companies"
- "Labor Unions and Corporate Finance"

3

## PEER-REFEREED CONFERENCE PRESENTATIONS (competitive submission)

**National Bureau of Economic Research**

- 2008 *The Factors that Predict Cross-Listing Premia*; NBER Summer Institute, Corporate and Investor Protection session; National Bureau of Economic Research
- 2007 *The Effect of Litigation on Venture Capitalist Reputation*; NBER conference on Entrepreneurship: Strategy and Structure

*American Law and Economics Association Annual Meetings*

- 2012 The Correlation Between Asset Values and Stock Prices as a Measure of Corporate Governance
- 2011 The Effect of Immigration Laws on Firms' Financial Decisions
- 2010 The Effect of Litigation on Venture Capitalist Reputation
- 2009 Summary Disclosure and the Efficiency of the OTC Market: Evidence from the Recent Pink Sheets Experiment
- 2008 The Factors that Predict Cross-Listing Premia
- 2007 Long-Term Measures of the Cross-Listing Premium and the Sarbanes-Oxley Act
- 2006 The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US
- 2004 Venture Capital Limited Partnership Agreements: Understanding Compensation Arrangements

*Empirical Legal Studies Society Annual Meetings*

- 2012 The Effect of Immigration Laws on Firms' Financial Decisions
- 2011 How Much Can We Learn from Regressing Corporate Characteristics Against the State of Incorporation?
- 2010 When Assets Go Home at Night: The Effect of Labor Mobility on Firms' Financial Decisions
- 2009 The Factors that Predict Cross-Listing Premia
- 2008 The Effect of Litigation on Venture Capitalist Reputation
- 2008 Defensive Management: Does the Sarbanes-Oxley Act Discourage Corporate Risk-Taking
- 2007 Long-Term Measures of the Cross-Listing Premium and the Sarbanes-Oxley Act
- 2006 The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US

**Stanford-Yale Junior Faculty Forum**

- 2009 The Factors that Predict Cross-Listing Premia
- 2007 The Effect of Litigation on Venture Capitalist Reputation

**Financial Management Association Annual Meeting**

- 2007 Long-Term Measures of the Cross-Listing Premium and the Sarbanes-Oxley Act
- 2007 The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US

**European Financial Management Association Annual Meeting**

- 2007 Long-Term Measures of the Cross-Listing Premium and the Sarbanes-Oxley
- 2007 Sarbanes-Oxley and Corporate Risk-Taking

**Canadian Law and Economics Association Annual Meeting**
- 2011 How Much Can We Learn from Regressing Corporate Characteristics Against the State of Incorporation?
- 2010 When Assets Go Home at Night: The Effect of Labor Mobility on Firms' Financial Decisions
- 2007 The Factors that Predict Cross-Listing Premia
- 2006 The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US
- 2005 Syndication and Diversification in Venture Capital Funds

## OTHER CONFERENCES

### 2012
- *The Correlation Between Asset Values and Stock Prices as a Measure of Corporate Governance*, Ackerman Chair Corporate Governance Conference, Bar Ilan University (December 2012)

### 2011
- *The Correlation Between Asset Values and Stock Prices as a Measure of Corporate Governance*, Conference on Corporate Governance, Family Firms, and Economic Concentration, Hebrew University (December 2011)
- *How Much Can We Learn from Regressing Corporate Characteristics Against the State of Incorporation?* Columbia Law School (November 2011)

### 2009
- *The Factors that Predict Cross-Listing Premia*, 2nd Conference on Corporate Governance in Emerging Markets, São Paulo (July 2009)

### 2008
- *The Effect of Litigation on Venture Capitalist Reputation*, European Finance Association Annual Meeting (August 2008)
- *The Effect of Litigation on Venture Capitalist Reputation*, Research Symposium: The Economics and Law of the Entrepreneur; Searle Center on Law, Regulation, and Economic Growth, Northwestern University Law School (June 2008) (presented by co-author)
- *The Factors that Predict Cross-Listing Premia*, AALS Annual Meeting, Section on Business Associations (January 2008)

### 2007
- *Long-Term Measures of the Cross-Listing Premium and the Sarbanes-Oxley Act*, conference on Contractual Corporate Governance: Deviations from National Standards; European Corporate Governance Institute and University of Sheffield Management School (June 2007)
- *The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US,* Conference: Frontiers of Finance (January 2007)

### 2006
- *The Impact of the Sarbanes-Oxley Act on Non-US Companies Cross-Listed in the US,* Conference: Boundaries of the SEC Regulation, Claremont McKenna College; Organized by *Journal of Corporate Finance* (February 2006)

**INVITED PRESENTATIONS**

**2009**

- *The Factors that Predict Cross-Listing Premia*, CEPR (Centre for Economic Policy Research), Summer Symposium, Session on Law and Finance (July 2009)
- Panelist, Session on Trends in Business Associations Scholarship, 2009 AALS Midyear Meeting on Business Associations (June 2009)
- *Firm Governance as a Determinant of Capital Lock-In*, Conference on Financial Law and Innovation, University of Southern California (May 2009)
- *The Factors that Predict Cross-Listing Premia,* Hong Kong Baptist University (February 2009)
- *Impact of the Sarbanes-Oxley Act on Non-US Companies: What We Have Learned*, Presentation to the Hong Kong Stock Exchange and the Hong Kong Securities and Futures Commission (February 2009)

**2008**

- *The Effect of Litigation on Venture Capitalist Reputation*, Kauffman Foundation Conference on Law, Innovation, and Growth (July 2008)
- *Venture Capital Limited Partnership Agreements: Understanding Compensation Arrangements*, Conference: Private Equity; University of Chicago Law School (June 2008)
- Panelist, roundtable discussion on International Competition of Securities and Corporate Governance Laws, AALS Annual Meeting, Section on Business Associations (January 2008)

**2007**

- *Defensive Management: Does the Sarbanes-Oxley Act Discourage Corporate Risk-Taking?,* American Enterprise Institute (September 2007)
- *The Factors that Predict Cross-Listing Premia*, Canadian Law and Economics Association Annual Meeting (September 2007)
- Participant, roundtable discussion on Investor Exits: Implications for Innovation and Entrepreneurship in the U.S. Economy, Board on Science, Technology, and Economic Policy, The National Academies (August 2007)

**2006**

- *Sarbanes-Oxley and the Cross-Listing Premium,* Conference: The Impact of Sarbanes-Oxley on Doing Business, University of Michigan Law School (November 2006)
- *Firm Governance as a Determinant of Capital Lock-In,* Young Empirical Scholars Conference, Organized by the *Journal of Empirical Legal Studies* (September 2006)
- *Blog as a Bugged Water Cooler*, Symposium: Bloggership: How Blogs Are Transforming Legal Scholarship, Harvard Law School (April 2006)

**2005**

- Roundtable participant, Financing of Early Stage and Emerging Growth Companies, Foreign Investment Capital and the Indian Venture Capital Markets, Bangalore, India (January 2005)
- *Venture Capital Limited Partnership Agreements: Understanding Compensation Arrangements*, Conference: Trends in Venture Capital, Indian School of Business, Hyderabad, India (January 2005)
- *Venture Capital Limited Partnership Agreements: Understanding Compensation Arrangements*, Conference: Mobilizing Capital in the US: Prospects for Indian Technology Business, Indian Institute of Management, Bangalore, India (January 2005)

**2004**

- *Governing by Exit: Default Penalties and Walkaway Options in Venture Capital Partnership Agreements*, American Law and Society Association Annual Meeting (May 2004)

- Commentator, Interdisciplinary Conference on Corporate Governance, McCombs School of Business (April 2004)
- *Venture Capital Limited Partnership Agreements: Understanding Compensation Arrangements*, Conference: Venture Capital After the Bubble, Willamette Law School (March 2004)

## WORKSHOPS AND SEMINARS

### 2013
- University of Indiana Law School, Oxford University Said School of Business, University of Kansas

### 2010
- University of Illinois Law School

### 2009
- University of Virginia Law School; University of Texas Business School (McCombs)

### 2008
- University of Texas Business School (McCombs)

### 2007
- University of California at Berkeley Business School (Haas); University of California in San Diego Political Science Department; University of Chicago Law School; University of Texas Business School (McCombs); Florida State University Law School

### 2006
- University of Chicago Law School; Georgetown University Law School

### 2005
- University of Michigan Business School (Ross); University of Michigan Law School; University of Texas Business School (McCombs)

### 2004
- University of Pennsylvania Law School; Stanford Business School; Columbia Law School; University of Texas Business School (McCombs)

## ACADEMIC SERVICE

- Journal Referee: *Journal of Finance; Journal of Financial Economics, Journal of Accounting Research, American Law and Economics Review; Economica; Journal of Financial Econometrics*
- Conference Referee: European Finance Association Annual Meeting; Conference on Empirical Legal Studies

## PRO BONO LEGAL SERVICE

- World Bank, Project on Improvement of Corporate Governance Mechanisms in Russia (2006)

## LANGUAGES

- Russian (native); Ukrainian (native); other Slavic languages (various levels of reading and conversational proficiency)

## PERSONAL

- Husband: Bernard Black. Children: Daniel and Jacob
- Born in Ukraine; U.S. citizen

7