Litvak Exhibit 2:  Documents Considered

1. Stipulation and Agreement of Settlement (10-cv-2033 Dkt. 182)

2. Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Derivative Litigation Settlement and Award of Attorney's Fees and Reimbursement of Expenses (10-cv-2033 Dkt. 192-1)

3. Objection of Mark G. Petri to Attorneys' Fees and Memorandum in Support of Motion to Dismiss Under Rule 23.1(a) (10-cv-2033 Dkt. 191-2)

4. Attaching Declaration of James E. Cecchi (10-cv-2033 Dkt. 192-2)

5. Report of Dr. Mitchell Glass in Support of Settlement of the Johnson & Johnson Derivative Actions (10-cv-2033 Dkt. 192-12)

6. Declaration of Harvey L. Pitt in Support of Settlement (10-cv-2033 Dkt. 192-11)