UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |

| | |
|---|---|
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |

| | |
|---|---|
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) <br><br> Judge Freda L. Wolfson <br> Date: September 28, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 5E |

**DECLARATION OF M. TODD HENDERSON
IN SUPPORT OF OBJECTION OF MARK G. PETRI AND
IN SUPPORT OF MOTION TO DISMISS**

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 23-6
Washington, DC 20036
Telephone:  (703) 203-3848
Email:  tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Attorneys for Objector Mark G. Petri

DECLARATION OF M. TODD HENDERSON

M. Todd Henderson declares under penalty of perjury as follows:

1. My name is M. Todd Henderson.

2. Exhibit A to this declaration is a true and correct copy of my expert report in this case, to which I subscribe under penalty of perjury.

Executed on September 13, 2012, in Chicago, Illinois.

_____
M. Todd Henderson

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served via FedEx overnight shipment a copy of this Declaration upon the following:

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Carella, Byrne, Cecchi, Olstein,
Brody & Agnello, P.C.
Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

Kantrowitz, Goldhamer &
Graifman, P.C.
Attn: Gary Graifman
210 Summit Avenue
Montvale, NJ 07645

Patterson Belknap Webb & Tyler
Attn: Erik Haas
1133 Avenue of the Americas
New York, NY 10036

Sidley Austin LLP
Attn: Kristen R. Seeger
One South Dearborn Street
Chicago, IL 60603

I declare under penalty of perjury that the foregoing is true and correct.

_David M. Nieporent_
SIGNATURE

September 14, 2012
DATE