RECEIVED

AUG 16 2012

CHAMBERS OF US DISTRICT JUDGE
FREDA L. WOLFSON

*Cv 10-2033(FLW)*

RECEIVED

SEP 18 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

16514 – McRae Road Northwest
Arlington, Washington 98223

August 14, 2012

*SENT TO ALL ADDRESSEES VIA USPS CERTIFIED MAIL / RETURN RECEIPT REQUESTED*

**The Honorable Freda L. Wolfson**
**Judge of the United States District Court**
**District of New Jersey**
**Courtroom 5E**
**Clarkson S. Fisher Building & U.S. Courthouse**
**402 East State Street**
**Trenton, New Jersey 08608**

**Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P. C.**
**Attention: James E. Cecchi**
**5 Becker Farm Road**
**Roseland, New Jersey 07068**

**Kantrowitz, Goldhamer & Graifman, P. C.**
**Attention: Gary Graifman**
**210 Summit Avenue**
**Montvale, New Jersey 07645**

**Respected Judge Wolfson, Counsel James Cecchi, and Counsel Gary Graifman:**

RE: **NOTICE OF PROPOSED SETTLEMENT OF DERIVATIVE ACTIONS,**
**FINAL SETTLEMENT HEARING, AND RIGHT TO APPEAR**

It doesn't take a chicken to recognize a rotten egg or a basket of rotten eggs. . . you've got some attorneys who thought they were going to cut a fat hog. The paper I received from the United States District Court, District of New Jersey, stated that plaintiffs' counsel entered into a contingent fee agreement and now it appears these "honest", "brilliant", "virtuous" members of the legal profession wish to change their fee agreement and ask for **no more** than $10,000,000.00 plus $450,000.00 in expenses. The so-called stipulation and agreement says nothing and contains no sanctions. What Johnson & Johnson needs is one or two honest barristers to guard against the pettifoggers.

Who is to pay this $10,500,000.00? Am I as a common share stockholder?

**Judge Wolfson, Counsel James E. Cecchi & Counsel Gary Graifman**
**August 9, 2012**
Page Three

- Number of cases each attorney has personally handled alone each of the past 20 years;
- Each attorneys gross and net income from the practice of law for each of the past 20 years;
- A handwritten statement from each of the attorneys involved in the above Johnson & Johnson matter as to what they feel they are owed in the lawsuit and how they arrived at the figure they think they should be paid;
- A handwritten statement from each attorney as to why they should not be bound by the contingent fee agreement they entered into; and
- Set forth each of the opposing law firms.

One cannot think crooked and walk straight.

Respectfully yours,

**JOHN R. SIMMONS**
**Johnson & Johnson Shareholder**