# James Cecchi

| | |
|---|---|
| **From:** | James Cecchi |
| **Sent:** | Thursday, September 20, 2012 9:19 AM |
| **To:** | 'Ed' |
| **Cc:** | 'PMorris@morrisandmorrislaw.com'; Mark Lebovitch; 'Jeroen van Kwawegen'; 'KMorris@morrisandmorrislaw.com'; Travis Downs; Lindsey H. Taylor; David Mitchell |
| **Subject:** | RE: Johnson & Johnson |

Dear Mr. Schnitzer: I have no idea why you just received the notice as it was mailed out in strict accordance with the court's order. If you wish, we are available to discuss this matter with you today, including explaining the settlement and the significant work that went into it as well as the strong expert support we have for it. We think that such a call would be helpful. Is there a time that works for you? If you do not wish to discuss this, please let us know and I will insure that your objection is filed with the court and considered during the hearing next week. We appreciate your interest and look forward to speaking with you.

**From:** Ed [mailto:schnitze22@netscape.net]
**Sent:** Thursday, September 20, 2012 9:16 AM
**To:** James Cecchi
**Subject:** Johnson & Johnson

Mr. Cecchi,

I am in receipt of your notice of proposed settlement. I am confused by the notice as I did not receive it until September 14th, yet it purports to set an objection deadline of September 14th. While on page 14, you have a date of July 16, 2012, it is unquestionably clear that said notice was not mailed anywhere close to that date. I am located in NYC, and you have my correct address, and so there is no way it could have taken nearly 3 months for a mailing to come from RI (that is the return address) to get to me in NY.

Please be advised that I object to the settlement. I particularly object to the settlement in which it requires J&J to not object to the request of up to $10 million in legal fees plus up to $450,000 in expenses. I object as the fees are not based on time actually spent and I object as there has been no demonstration that even on a contingency basis, such fees would be appropriate.

-Ed Schnitzer