UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |

NOTICE OF FILING OF DECLARATIONS
REGARDING NOTICE TO SHAREHOLDERS

Nominal defendant Johnson & Johnson ("J&J") hereby gives notice that it has filed today with the Court the Declarations of Lacey Elberg and Jeffrey Cohen, establishing that J&J has provided notice of the Stipulation and Agreement of Settlement in the above-captioned actions as required by paragraph 5 of this Court's Order dated July 16, 2012.

Respectfully submitted,

*/s/ Donald A. Robinson*

Walter C. Carlson
Kristen R. Seeger
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

Donald A. Robinson
Leda Dunn Wettre
ROBINSON, WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400

*Attorneys for Nominal Defendant
Johnson & Johnson*

Dated: September 21, 2012

CERTIFICATE OF SERVICE

I certify that on September 21, 2012, I served the Notice of Filing of Declarations Regarding Notice to Shareholders and the Declarations of Lacey Elberg and Jeffrey Cohen (filed separately) upon all counsel of record via CM/ECF.

*s/Donald A. Robinson*