UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |

## DECLARATION OF LACEY ELBERG

I, Lacey Elberg, hereby declare as follows:

1. I am Assistant Secretary and Senior Counsel of Johnson & Johnson ("J&J").

2. I caused J&J to file a Form 8-K with the Securities & Exchange Commission on July 20, 2012 announcing the Stipulation and Agreement of Settlement entered in the above-captioned actions and attaching copies of the Stipulation and Agreement of Settlement, including Exhibits A and B thereto, and the Notice of Proposed Settlement. Attached as Exhibit 1 is a copy of that filing.

3. Working with our Investor Relations Department, I also caused J&J to post on its corporate website copies of the Stipulation of Settlement, including Exhibits A and B thereto, and the Notice of Proposed Settlement. Those materials were posted on July 19, 2012 and remain available at http://www.investor.jnj.com/investor-relations.cfm.

4. Working with the Corporate Media Relations group, I also caused J&J to publish the Summary Notice of Settlement in the national edition of *The Wall Street Journal* and *USA Today* and over *PR Newswire*. The Summary Notice was published in *The Wall Street Journal*

on July 23, 2012 and a copy of that publication is attached as Exhibit 2. The Summary Notice was published in *USA Today* on July 23, 2012 and a copy of that publication is attached as Exhibit 3. The Summary Notice was published over *PR Newswire* on July 19, 2012 and a copy of that publication is attached as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2012.

*Lacey Elberg*
Lacey Elberg