

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>HOUSTON<br>LONDON | LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| kseeger@sidley.com<br>(312) 853 7450 | FOUNDED 1866 | |

September 21, 2012

**BY CM/ECF**

Honorable Freda L. Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    Re:    Johnson & Johnson Derivative Litigation, Case Nos. 10-2033, 11-2511, and 11-4993

Dear Judge Wolfson:

Enclosed for the Court's reference is a note that Sidley Austin received yesterday from a Johnson & Johnson shareholder, Donald Blakeman.

                    Respectfully submitted,

                    SIDLEY AUSTIN LLP

                    By: *Kristen Seeger*
                         Kristen R. Seeger

                    ROBINSON, WETTRE & MILLER LLC

                    By: *s/ Donald A. Robinson*
                         Donald A. Robinson

Enclosure

cc:    All Counsel of Record (By CM/ECF)