**Defendants' Counsel:**

Patterson Belknap Webb & Tyler
Attn: Erik Haas
1133 Avenue of the Americas
New York, NY 10036

Sidley Austin LLP
Attn: Kristen R. Seeger
One South Dearborn Street
Chicago, IL 60603

Seems to me that the only real ~~~ beneficiaries of this action is fees to Counsel

Donald G. Blakeman



**B**

Mr Donald G Blakeman
106 Steeplechase Way
Southern Pnes, NC 28387-2958

COASTAL CAROLINA AREA
NC 283
17 SEP 2012 PM

Sidley Austin LLP
Attn: Kristen R. Seeger
One South Dearborn Street
Chicago, IL 60603