CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR NEW JERSEY

DISTRICT OF NEW JERSEY RECEIVED

2012 SEP 24  PM 2 30

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |

| | |
|---|---|
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |

| | |
|---|---|
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |

Judge Freda L. Wolfson
Date: September 28, 2012
Time: 10:00 a.m.
Courtroom: 5E

ORAL ARGUMENT NOT REQUESTED

OBJECTION OF ROBERT D. STUART TO SETTLEMENT, ATTORNEYS' FEES
AND MOTION TO DELAY SETTLEMENT HEARING

Robert D. Stuart
1210 N. Taft St., Apt 606
Arlington VA, 22201
603 238-7300
robstuart33@gmail.com

### OBJECTION TO SETTLEMENT

1. I, Robert D. Stuart, of 1210 North Taft Street, #606, Arlington, Virginia 22201, 603 238-7300, was, on July 11, 2012, a shareholder in Johnson & Johnson.

2. I purchased, through my broker Fidelity Investments, 50 shares of Johnson & Johnson on June 18, 2012. See Attachment A.

3. I continue to own the shares today.

4. I received the "Notice of Proposed Settlement of Derivative Actions" for the above referenced cases, dated, July 26, 2012 on Tuesday, September 18, 2012 via mail in my mailbox. I check my mailbox daily and have done so consistently for the past month.

5. The notice was mailed to my correct address, was not postdated, and there was no evidence or notice that this mailing was sent to the wrong address. See Copy of front page of mailing, Attachment B.

6. The notice states on page 10 that if I object to any portion of this proposed settlement that my letter of objection must "arrive no later than September 14, 2012...to be considered." It goes on, "If your objection is not received in a timely manner, the Court may deem it waived and may not consider it."

7. As a shareholder in Johnson & Johnson, I hereby object to the proposed settlement offer on the basis that the settlement is not in my interest as a shareholder because the company does not appear to benefit and I object to the amount of attorneys' fees agreed to in the in settlement as too high.

8. I pray this Honorable Court does not deem my objection waived because it was not submitted by September 14, 2012.

9. I have had insufficient time to review the issues, but by just reading the proposed settlement offer summary mailed to me, it appears that everything the company agrees to would be accomplished whether they settle this case or not. For this reason, I believe this settlement should be rejected for the benefit of the shareholders of Johnson & Johnson.

10. Because I only received the notice on September 18, 2012, (4 calendar days after my objections were due), I reserve the right to submit additional objections or amend this objection when I have had sufficient notice and time to review the proposed settlement.

11. My second objection is to the outrageously high attorneys' fees this settlement proposes. On its face, it cannot be in the shareholder's best interest to pay such large fees for a result that the company is going to perform whether they settle this case or not.

12. Again, based on the limited time afforded to me, I reserve the right to amend my objection once I have had sufficient notice and time to properly evaluate the merits of this proposed settlement and fee agreement.

MOTION TO DELAY THIS SETTLEMENT HEARING UNTIL SUCH TIME THAT SUFFICIENT NOTICE HAS BEEN PROVIDED TO ALL SHAREHOLDERS OF JOHNSON & JOHNSON

13. I move for this Honorable Court to delay this hearing until parties send an additional notice to all shareholders that they still have time to submit objections to this proposed settlement and to the proposed attorneys' fees.

14. Merely delaying this hearing, without resending the notice to shareholders, is insufficient because many shareholders may believe, based upon the wording in this notice, that their rights to object have already been waived.

15. The punishment of the parties for failing to ensure delivery of the notice in a timely manner should not rest on the shoulders of unknowing shareholders.

16. Thousands of shareholders may object this settlement, but, in this case, it will not be known and may not be heard because it is not known how many shareholders received this notice just before, on, or after September 14, 2012.

17. This Honorable Court should order the parties to deliver a new notice of the proposed settlement so that it can ensure that shareholders are provided their lawful rights to object to this settlement.

Based upon the above mention facts, I object to this settlement on it merits, to the proposed attorneys' fees, and request that this hearing be delayed until such time that this Honorable Court is assured that every shareholder has been provided timely notice of their ability to object.

I am unable to attend the hearing in person but would be available for testimony via telephone if this Honorable Court requires anymore from me.

Respectfully submitted on this date, September 18, 2012,

Robert D. Stuart

## CERTIFICATE OF SERVICE

I certify that I caused to be served via first class mail a copy of this Objection and

Motion to Continue to the following:

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Carella, Byrne, Cecchi, Olstein,
Brody & Agnello, P.C.
Attn: James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068

Kantrowitz, Goldhamer &
Graifman, P.C.
Attn: Gary Graifman
210 Summit Avenue
Montvale, NJ 07645

Patterson Belknap Webb & Tyler
Attn: Erik Haas
1133 Avenue of the Americas
New York, NY 10036

Sidley Austin LLP
Attn: Kristen R. Seeger
One South Dearborn Street
Chicago, IL 60603

I declare under penalty of perjury that the foregoing is true and correct.

Dated September 18, 2012

Robert D. Stuart
1210 N. Taft St., Apt 606
Arlington VA, 22201
603 238-7300
robstuart33@gmail.com

Attachment A

**Transaction Confirmation**
**Confirm Date: June 18, 2012**

Page 2 of 2

Brokerage Account Number
**211-628956 IRA - ROLLOVER**

**ROBERT DOUGLAS STUART**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | ORIG. | |
|---|---|---|---|---|---|---|---|---|
| 2170-0CM2VK | 1 | W## | 06-18-12 | 06-21-12 | 478160104 | 12170-NROWT | | |

| | | SECURITY DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| ou Bought | 50 | JOHNSON & JOHNSON | Principal Amount | 3,315.00 |
| at | 66.30 | WE HAVE ACTED AS AGENT. | Commission | 7.95 |
| ymbol: JNJ | | | Settlement Amount | 3,322.95 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | ORIG. | |
|---|---|---|---|---|---|---|---|---|
| 2170-0CL9JB | 1 | W## | 06-18-12 | 06-21-12 | 74347R107 | 12170-NJ1VZ | | |

| | | SECURITY DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| ou Bought | 11 | PROSHARES ULTRA S&P 500 PROSHARES | Principal Amount | 583.55 |
| at | 53.05 | WE HAVE ACTED AS AGENT. | Commission | 7.95 |
| ymbol: SSO | | PURCHASE SUBJECT TO DESIGNATED | Settlement Amount | 591.50 |
| | | INVESTMENTS AGREEMENT. READ PROSPECTUS | | |
| | | AND MONITOR HOLDINGS DAILY. | | |
| | | PARTIAL EXECUTION | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | ORIG. | |
|---|---|---|---|---|---|---|---|---|
| 2170-0CL9KX | 1 | W## | 06-18-12 | 06-21-12 | 74347R107 | 12170-NJ1VZ | | |

| | | SECURITY DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| ou Bought | 79 | PROSHARES ULTRA S&P 500 PROSHARES | Principal Amount | 4,191.66 |
| at | 53.059 | WE HAVE ACTED AS AGENT. | Settlement Amount | 4,191.66 |
| ymbol: SSO | | PURCHASE SUBJECT TO DESIGNATED | | |
| | | INVESTMENTS AGREEMENT. READ PROSPECTUS | | |
| | | AND MONITOR HOLDINGS DAILY. | | |
| | | PARTIAL EXECUTION | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | ORIG. | |
|---|---|---|---|---|---|---|---|---|
| 2170-0CMK1H | 1 | W## | 06-18-12 | 06-21-12 | 74347X799 | 12170-NMSCZ | | |

| | | SECURITY DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| ou Bought | 90 | PROSHARES TR ULTRAPRO RUSSELL2000 | Principal Amount | 4,844.69 |
| at | 53.8299 | WE HAVE ACTED AS AGENT. | Commission | 7.95 |
| ymbol: URTY | | | Settlement Amount | 4,852.64 |

9900031205

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

**REMITTANCE COUPON**

Attachment B

Johnson & Johnson
c/o Computershare
PO Box 43004
Providence, RI 02940-3004

PRESORTED
STANDARD
U.S POSTAGE
**PAID**
Computershare

**************AUTO**3-DIGIT 222
S000000124/P000000000
FMT CO CUST IRA ROLLOVER
FBO ROBERT DOUGLAS STUART
1210 N TAFT ST APT 606
ARLINGTON, VA 22201-2436

JNJ        040233

Clerk of Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State St, Rm 2020
Trenton, NJ 08608

0850815002D

20 SEP 2012 PM 7 L

Liberty
FOREVER