Thomas C Keegan
1340 Taylor Ridge Ct
Erie, PA 16505
814-838-9080
email: thomasckeegan@gmail.com

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 SEP 24 PM 2 48

September 18, 2012

Clerk of the Court
Clarkson S Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

RE: Johnson & Johnson Derivative Litigation Proposed Settlement

Dear Sir or Madame:

I would appreciate the following be given to Judge Wolfson to be considered in this settlement.

Please know we received three notices of this proposed settlement today, Sept 18, 2012 by US Mail. Attached are copies of the mailing labels. Please know we have brought to the attention of Atty. Cecchi and Atty. Haas by email today that these notices were delivered after the cut-off date for objections, Sept 14, 1012. See attached.

I wish to object to this settlement on behalf of these accounts currently holding J&J shares:

   FTMC Custodian – Roth IRA  FBO Thomas C Keegan  with the address shown above holding 700 shares. See July, 2012 brokerage statement attached.

   Thomas C Keegan TTEE, Catherine Henry Trust FBO Catherine Carol Henry same address as above holding 500 shares. See July, 2012 brokerage statement attached.

Objections:

1. Based on the delayed receipt of our three notices it is probable that notices were not delivered to all holders in a timely manner for objection.
2. The settlement requires the company to follow good business practices in the future which is reasonable to assume would have been followed without the settlement. Therefore nothing was gained for the shareholders beyond what could be expected without the action.
3. Shareholders are losing the value of up to $10,450,000 proposed to be paid to Plaintiffs' Counsel without gaining any shareholder value beyond what could be expected without the settlement.

Thank Judge Wolfson for consideration of these objections.

Sincerely,

*Thomas C Keegan*
Thomas C Keegan

   CC:  Attorney James E Cecchi, Attorney Gary Graifman, Attorney Eric Haas,
   And Attorney Kristen R. Seeger

Johnson & Johnson
c/o Computershare
PO Box 43004
Providence, RI 02940-3004

PRESORTED
STANDARD
U.S POSTAGE
**PAID**
Computershare

Received 9-18-2012

```
********AUTO**ALL FOR AADC 150
S000000474/P000000000
THOMAS C KEEGAN TTEE
CATHERINE HENRY TRUST
FBO CATHERINE CAROL HENRY
1340 TAYLOR RIDGE CT
ERIE, PA 16505-2658
```

JNJ   166664

---

Johnson & Johnson
c/o Computershare
PO Box 43004
Providence, RI 02940-3004

PRESORTED
STANDARD
U.S POSTAGE
**PAID**
Computershare

Received 9-18-2012

```
********AUTO**ALL FOR AADC 150
S000000474/P000000000
FMTC CUSTODIAN - ROTH IRA
FBO THOMAS C KEEGAN
1340 TAYLOR RIDGE CT
ERIE, PA 16505-2658
```

JNJ   166663

---

Johnson & Johnson
c/o Computershare
PO Box 43004
Providence, RI 02940-3004

PRESORTED
STANDARD
U.S POSTAGE
**PAID**
Computershare

Received 9-18-2012

```
********AUTO**ALL FOR AADC 150
S000000474/P000000000
JEAN E KEEGAN
1340 TAYLOR RIDGE CT
ERIE, PA 16505-2658
```

JNJ   166648

# Lawyers.com

Your Legal Solution Starts Here

Search Lawyers.com | Search | **For Attorneys** Build Your Business ▶▶▶

| Find a Lawyer | Understand Your Legal Issue | Discuss Your Legal Issue | Blogs | Legal Forms |

Lawyers.Com > Find a Lawyer > Search Results > Erik Haas > Contact

## Your Email was Sent

The following Lawyers and Firms have been emailed:

- Erik Haas

Return to Lawyer Profile

For your records, a copy of this email has been sent to thomasckeegan@gmail.com.

Martindale-Hubbell® Client Review from Lawyers.com is a new ratings service that allows you to provide client feedback on a lawyer or law firm. The Lawyers.com team would like to contact you in a few months to ask you to complete a Client Review on your chosen lawyer or law firm, once you have closed your matter. Your first-hand client experience will help others in their research and selection of legal counsel in the future on Lawyers.com.
Thank you in advance for taking the time to participate in this important service. To learn more about Client Review, read our FAQs.

Yes, I would like to be contacted by Lawyers.com to complete a Client Review on my chosen lawyer or law firm in a few months time.

### Sent Email

| | |
|---|---|
| **First Name:** | Thomas |
| **Last Name:** | keegan |
| **Phone:** | 814-838-9080 |
| **City:** | Erie |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **Email Address:** | thomasckeegan@gmail.com |
| **Practice Area:** | Other |
| **Your Message:** | |

To Atty Erik Haas,

Today, Sept 18, 2012 we received three copies for three accounts of the proposed serttlement of Johnson & Johnson Derivative Litigation, dated July 16, 2012.

Objections to this were due Sept 14, 2012. I have made Atty Cecchi aware of these facts by similiar email and asked that he investigate why these notices were delayed as we wish to object to this settlement.

---

Page 1 of 1

## Contact James E. Cecchi



Search Lawyers.com | Search | **For Attorneys** Build Your Business ▶▶▶

| Find a Lawyer | Understand Your Legal Issue | Discuss Your Legal Issue | Blogs | Legal Forms |

Lawyers.com > Find a Lawyer > James-E-Cecchi > Contact

## Contact James E. Cecchi

### Email

*All fields are required*

| | | | The following Lawyers and Firms have been selected to be emailed: |
|---|---|---|---|
| **First Name:** | Thomas | | • James E. Cecchi |
| **Last Name:** | Keegan | | |
| **Email Address:** | thomasckeegan@gmail.com | | |
| **Phone Number:** | 814-838-9080 | | |
| **City:** | Erie, | | |
| **State:** | Pennsylvania | ▼ | |
| **Country:** | United States | ▼ | |
| **Practice Area:** | Select | ▼ | |

**Your Message:** (500 character limit)
To: Atty James E Cecchi,

Today, Sept 18, 2012 we received three copies for three accounts of the proposed settlement of Johnson & Johnson Derivative Litigation, dated July 16, 2012.

Objections to this were due Sept 14, 2012. Please investigate why these notices were delayed. We wish to object to this settlement.

Case 3:10-cv-02033-FLW-DEA   Document 207   Filed 09/24/12   Page 4 of 6 PageID: 6339



**Fidelity** INVESTMENTS

FIDELITY PRIVATE
CLIENT GROUP℠

**Investment Report**

July 1, 2012 - July 31, 2012

### Fidelity Roth IRA  177-234818

THOMAS C KEEGAN - ROTH INDIVIDUAL RETIREMENT ACCOUNT - FMTC CUSTODIAN

**Holdings** (Symbol) as of July 31, 2012

| Holdings (Symbol) as of July 31, 2012 | Performance July 31, 2012 | Quantity July 31, 2012 | Price per Unit July 31, 2012 | Cost | Total Value July 1, 2012 | Total Value July 31, 2012 |
|---|---|---|---|---|---|---|
| ALTRIA GROUP INC (MO) | | | | | | |
| AMERICAN ELEC PWR CO (AEP) | | | | | | |
| BRISTOL MYERS SQUIBB (BMY) | | | | | | |
| CLOROX CO DEL (CLX) | | | | | | |
| COCA COLA CO (KO) | | | | | | |
| CONOCOPHILLIPS (COP) | | | | | | |
| EASTMAN CHEM CO (EMN) | | | | | | |
| ENERGY TRANSFER PARTNERS LP UT LTD PARTNERSHIP INT (ETP) | | | | | | |
| EXXON MOBIL CORP (XOM) | | | | | | |
| FEDEX CORP (FDX) | | | | | | |
| FRONTIER COMMUNICATIONS CORP COM (FTR) | | | | | | |
| GENUINE PARTS CO (GPC) | | 300.000 | 64.030 | 9,983.00 | 18,075.00 | 19,209.00 |
| JOHNSON & JOHNSON (JNJ) | | 700.000 | 69.220 | 45,841.33 | 47,292.00 | 48,454.00 |
| KIMBERLY CLARK CORP (KMB) | | 200.000 | 86.910 | 12,507.95 | 16,754.00 | 17,382.00 |





Page 5 of 9



**Fidelity** INVESTMENTS

FIDELITY PRIVATE
CLIENT GROUP℠

**Investment Report**

July 1, 2012 - July 31, 2012

**Fidelity Account**℠ Z42-904732   CATHERINE HENRY TRUST U/A 06/25/98 THOMAS C KEEGAN TRUSTEE FOR THE BENEFIT OF CATHERINE C HENRY

| Holdings (Symbol) as of July 31, 2012 | Performance July 31, 2012 | Quantity July 31, 2012 | Price per Unit July 31, 2012 | Total Cost Basis | Total Value July 1, 2012 | Total Value July 31, 2012 |
|---|---|---|---|---|---|---|
| DU PONT E I DE NEMOURS & CO (DD) | | | | | | |
| ENERGY TRANSFER PARTNERS LP UT LTD PARTNERSHIP INT (ETP) | | | | | | |
| EXXON MOBIL CORP (XOM) | | | | | | |
| FIRSTENERGY CORP (FE) | | | | | | |
| FRONTIER COMMUNICATIONS CORP COM N/C FROM 17453B101 #REOR M0050543610001 (FTR) | | | | | | |
| JOHNSON & JOHNSON (JNJ) | | 500.000 | 69.220 | 32,011.00 | 33,780.00 | 34,610.00 |
| KIMBERLY CLARK CORP (KMB) | | 200.000 | 86.910 | 12,507.95 | 16,754.00 | 17,382.00 |

ield: 5.45%





ERIE PA 165

19 SEP 2012 PM 1 L

Mr. Thomas C. Keegan
1340 Taylor Ridge Ct.
Erie, PA 16505

Clerk of the Court
Clarkson S Fisher Bldg
& US Court House
402 East State ST
Trenton, NJ 08608

08608+1207