UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE JOHNSON & JOHNSON
DERIVATIVE LITIGATION,    :    Civil Action No. 10-2033 (FLW)

**ORDER**

This matter having been opened sua sponte by the Court; it appearing that, on July 11, 2012, Plaintiffs moved for preliminary approval of settlement in the instant suit against Nominal Defendant Johnson & Johnson ("Defendant"); it appearing that the Court granted that motion on July 16, 2012, issuing an order directing that all objections to the settlement be filed by September 14, 2012 and, further, scheduling the settlement approval hearing for September 28, 2012; it appearing that the Court's Order also directed Plaintiffs' counsel to mail a notice containing these deadlines to all J&J shareholders; it appearing that the Court has recently received letters from three shareholders—Stephen R. Lindemood, Gerald Walpin, and Merton S. Rothman— who each complained that they did not receive notice by mail of the objection due date until after that due date had passed, in addition, Plaintiffs' counsel forwarded to the Court an email complaint by another shareholder—Ed Schnitzer—indicating that he received late notice of his right to object; it appearing that the Court held a conference call with the parties on today's date, September 24, 2012, to discuss the late notice issue, and the Court was made aware, during that call, that some institutional investors who had received notice in July or August requested that J&J mail the individual investors

directly, and that mailing did not take place until early September; it appearing, therefore, that the four above-mentioned individual shareholders (Lindemood, Walpin, Rothman, and Schnitzer) may have been in the group of early September mailings; it appearing that, in light of the complaints of late notice, the Court deems it appropriate to grant Lindemood, Walpin, Rothman, Schnitzer, and any other shareholder who received late notice additional time to file objections and, consequently, deems it necessary to adjourn the settlement approval hearing date in accordance with the schedule set forth below; and for good cause shown:

IT IS on this 24th day of September, 2012,

ORDERED that any objection by Lindemood, Walpin, Rothman, Schnitzer, and any other shareholder who received late notice shall be filed by October 5, 2012; and it is further

ORDERED that any response by Plaintiffs to the objections shall be filed by October 11, 2012; and it is further

ORDERED that the settlement approval hearing previously scheduled for September 28, 2012 is hereby ADJOURNED to October 18, 2012 at 10 a.m.; and it is further

ORDERED that Plaintiffs and/or Defendant shall serve a copy of this Order on Lindemood, Walpin, Rothman, and Schnitzer within two (2) days of the date of this Order; and it is further

ORDERED that Plaintiffs and/or Defendant shall publish notice in the New

York Times and U.S.A. Today newspapers, as well as on the J&J settlement website.


                                                                 /s/ Freda L. Wolfson
                                                                 Freda L. Wolfson, U.S.D.J.