**Merton S. Rothman**
**42 Aspen Drive West**
**Woodbury, NY 11797**
**516-677-0025**

September 19, 2012

Honorable Freda L. Wolfson
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED
SEP 26 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

In Re: Civil Actions No. 10-2033 (FLW)
                          11-2511 (FLW)
                          11-4993 (FLW)

To the Court:

      As a shareholder , I wish to register my objection to the proposed Johnson & Johnson Derivative Litigation for the following reason: although the mailing describing the litigation is dated July 16, 2012, I did not receive it until yesterday, September 18. Since this was beyond the September 14 deadline stated, it would seem to automatically dismiss any objection I might make. I see this as a fraud committed on behalf of the supposed Plaintiff's Counsel, who stand to make a great deal of money in the pusuit of what seems to me, a questionable settlement.

      Kindly take my objection under advisement despite its apparent lateness. It was through no fault of my own.

Sincerely,
Merton S. Rothman