Clerk of Courts                                       22 September 2012

Clarkson S. Fisher Building & US Courthouse

402 East State Street

Trenton, NJ 08608



RE:  Johnson & Johnson Derivative Litigation


To Whom It May Concern:

I received notice of a class action lawsuit against Johnson & Johnson today, 22 September 2012.

This is a frivolous lawsuit obviously created as a simple money grab on the part of Plaintiff's Attorney. Johnson & Johnson is fully capable of making improvements to their operating practices to try and prevent further recalls and quality issues on their own.  No one is more motivated to do that than they are and I am satisfied that that will happen without the help of and the cost of $10 million dollars for some attorney who knows nothing about running a business.  Please take my name out of this class action suit.

My name is David K Stricker and Judith M Stricker.

W11879 Lange Road

Columbus, WI 53925

Phone 920 -623-3393

As of 11 July 2012 we had 257 shares in a brokerage account.  We currently own those same shares in a Fidelity Brokerage account.  I see no reason why I have to provide brokerage statements to withdraw from a case I did not join in the first place.  Obviously my stock ownership in Johnson & Johnson is already known and verified as evidence of this class action suit.   Additionally I see no reason that I need to send multiple copies of this withdrawal to additional parties.   I am not part of this case and see no reason for the time and effort and expense for case I never joined.

Additionally, I could not respond to this notice before 14 September 2012 as required by this notice when Plaintiff's Attorney had not even mailed it by then.

Thanks

*[signatures]*

David K. Stricker                         Judith M Stricker

Dave Stricker
W11879 Lange Rd.
Columbus, Wiu 53925

0860815079S

Clerk of Courts
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608