

# FOLEY HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

John Henn
617 832 1130 *direct*
jhh@foleyhoag.com

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 SEP 28  AM 10 35

September 25, 2012

Clerk of the Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      In Re:    Johnson & Johnson Derivative Litigation, D.N.J. No. 10-2033- (FLW),
                plus related case Nos. 11-2511 (FLW) and 11-4993 (FLW)

Dear Sirs:

      I write in response to two different copies of a **Notice of Proposed Settlement of Derivative Action**, dated July 16, 2011.

      One was addressed to me as a trustee, and the other to Jameson/Catherine/John Henn as trustees, each to the address of 6 Walnut Avenue, Cambridge, MA 02140. The address pages of each Notice is enclosed.

      Each notice refers (at p. 10) to a rejection date of September 14, 2012.

      <u>Each notice was received in the mail at said 6 Walnut Avenue address on September 22, 2012.</u>

      On the basis of this sloppy class notice alone, we object to any attorneys' fee for class counsel of an amount remotely close to the amount stated in the Notices. And inasmuch as the settlement bars Johnson & Johnson from objecting, the said trustees suggest that the Court appoint its own special master to evaluate the fee in relation to the non-economic recovery of the class.

                                    Yours sincerely,

                                      John Henn
                                    Counsel for each trustee

Cc:  James E. Cecchi, Esquire (w/o enclosures)
       Gary Graifman, Esquire (w/o enclosures)
       Erik Haas, Esquire (w/o enclosures)
       Kristen R. Seeger, Esquire (w/o enclosures)

**FOLEY HOAG** LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

Clerk of the Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608