# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2182**

CHAMBERS OF
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Brent and Kimberly Clifton
C/O Gary W. Sibley
2602 McKinney Avenue
Suite 210
Dallas, TX 75204
VIA EMAIL TO: g@juris.cc

All Counsel

LETTER ORDER

October 9, 2012

RE:   **In re Johnson & Johnson Derivative Litigation,
      Civil Action Nos. 10-2033 (FLW), 11-4993 (FLW), 11-2511 (FLW)**

Dear Litigants and Objectors:

  The Court is in receipt of Brent and Kimberly Clifton's ("the Cliftons'")objection to the proposed settlement in the above-referenced case. In their objection, the Cliftons raise several substantive challenges to the proposed settlement and, further, request permission to be able to listen to the October 18th settlement approval hearing via telephone. The Court will consider the substance of the Cliftons' objection, however, it would be impractical and a burden on the Court's resources to allow the Cliftons telephone access to the hearing. Accordingly, their request for telephone access is DENIED. They are certainly welcome to appear in person if they so choose.

Very truly yours,

s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge