# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

October 12, 2012

<u>VIA ECF and Hand Delivery</u>

Honorable Freda L. Wolfson
United States District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *In re: Johnson & Johnson Derivative Litigation*
       <u>Civil Action No. 10-2033 (FLW), 11-4993(FLW), 11-2511 (FLW)</u>

Dear Judge Wolfson:

  As requested in the Court's October 9, 2012 Letter Order, I have attached to this letter as Exhibits 1-6 the Declarations of counsel for Plaintiffs setting forth the requested additional evidence. Specifically, the attached declarations of James E. Cecchi, Mark Lebovitch, Karen Morris, Travis Downs, Gary Graifman and Jeffrey S. Abraham separately identify the Category Three motion practice information and the Category Six settlement information outlined in Your Honor's Letter Order.

  Thank you for your continued attention to this matter and we appreciate the opportunity to supplement the record. Further, we will file on Monday attorney declarations regarding prevailing billing rates for comparable complex litigation in New Jersey. We look forward to discussing the settlement with Your Honor on Thursday, October 18, 2012.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

           *JAMES E. CECCHI*

Enclosures

cc:  All counsel (via ECF)(w/encl.)