UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, *et al.* | Civil Action No. 11-4993 (FLW) |

**SUPPLEMENTAL DECLARATION OF MARK LEBOVITCH IN SUPPORT OF APPROVAL OF AWARD OF REQUESTED ATTORNEY'S FEES AND EXPENSES**

I, MARK LEBOVITCH, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"). I submit this declaration in further support of the application for an award of attorneys' fees and reimbursement of expenses in connection with the Derivative Actions (as defined in the Stipulation of Settlement, executed on July 11, 2012) on behalf of Nominal Defendant Johnson & Johnson.

2. On August 31, 2012, I submitted a declaration setting forth the time and expenses that my Firm incurred in this Action, broken down into seven categories.

3. On October 9, 2012, the Court requested further detail pertaining to BLB&G's time with respect to motion practice (category 3) and settlement negotiation process and documentation (category 6). The following information is taken from time and expense printouts maintained by the firm in the ordinary course of business.

1

4. The total number of professional hours by BLB&G counsel and paraprofessionals spent on motion practice (category 3) is 580.50. A breakdown of the time identifying each motion, counsel who worked on that motion, and the number of hours spent by each attorney is as follows:

| Motion | Motion, Opposition, Reply, Sur-Reply | Counsel Who Worked on Motion | Hours |
|---|---|---|---|
| Lead Plaintiff and Consolidation Motion | Memorandum of Law | Mark Lebovitch | 2.00 |
| Motion to Intervene and Appoint Abraham, Fruchter & Twersky, LLP and Kantrowitz, Goldhamer & Graifman, P.C. as, Respectively, Lead Counsel and Liaison Counsel | Memorandum of Law in Opposition to Motion | Gerald Silk<br>Mark Lebovitch<br>Amy Miller | 23.00<br>12.75<br>53.25 |
| Johnson & Johnson's Motion to Dismiss or, in the Alternative, Motion to Stay | Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss | Gerald Silk<br>Mark Lebovitch<br>Jeroen van Kwawegen<br>Amy Miller<br>Jeremy Friedman | 7.00<br>116.75<br>135.00<br>13.50<br>12.00 |
| | Lead Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss | Gerald Silk<br>Mark Lebovitch<br>Jeroen van Kwawegen | 9.00<br>3.25<br>10.50 |
| Re-filed Motion for Intervention and Appointment of Abraham, Fruchter & Twersky, LLP and Kantrowitz, Goldhamer & Graifman, P.C. as Respectively, Lead Counsel and Liaison Counsel | Plaintiffs' Supplemental Memorandum of Law in Opposition to the Motion to Intervene | Gerald Silk<br>Mark Lebovitch<br>Jeroen van Kwawegen | 6.00<br>4.25<br>6.50 |
| Report of the Special Committee of the Board Of Directors of Johnson & Johnson | Lead Plaintiffs' Supplemental Brief in Response to the Report of the Special Committee of the Board of Directors of Johnson & Johnson | Gerald Silk<br>Mark Lebovitch<br>Jeroen van Kwawegen<br>Jeremy Friedman | 13.00<br>13.00<br>68.50<br>.75 |
| **TOTAL** | | | 510.00 |

2

5. The difference between the total amount of time spent on motion practice in the category 3 and the amount of time reflected in the above chart corresponds to paraprofessional assistance.

6. A breakdown of the date of each settlement meeting, whether such meeting was in-person or telephonic, and the BLB&G personnel who attended each meeting is as follows:

| Date | Settlement Meeting | In-Person / Telephone | BLB&G attendee(s) |
|---|---|---|---|
| 8/17/11 | Meeting with defense counsel | In-Person | Mark Lebovitch |
| 9/16/11 | Call with defense counsel | Telephone | Mark Lebovitch |
| 11/15/11 | Call with defense counsel | Telephone | Mark Lebovitch |
| 11/22/11 | Meeting with defense counsel | In-Person | Mark Lebovitch |
| 12/9/11 | Meeting with defense counsel | In-Person | Mark Lebovitch |
| 1/4/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 1/18/12 | Meeting with defense counsel | In-Person | Mark Lebovitch Jeroen van Kwawegen |
| 2/16/12 | Meeting with defense counsel, and J&J Chief Quality Officer | In-Person | Mark Lebovitch Jeroen van Kwawegen |
| 3/30/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 4/17/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 4/20/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 5/3/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 5/9/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 5/11/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 5/14/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 6/8/12 | Call with defense counsel | Telephone | Mark Lebovitch |
| 6/18/12 | Call with defense counsel | Telephone | Mark Lebovitch |

7. In addition to the meetings identified above, BLB&G's time spent in the settlement negotiation process and documentation (category 6) also includes numerous conferences with Plaintiffs' governance and compliance expert, former SEC Chairman Harvey L. Pitt, internal strategy discussions, calls with co-counsel regarding strategy and execution of open tasks, paralegal assistance, and settlement documentation.

Executed on October 12, 2012        _____
                                    Mark Lebovitch