UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, *et al.* | Civil Action No. 11-4993 (FLW) |

## DECLARATION OF STEPHEN M. GREENBERG

STEPHEN M. GREENBERG, of full age, hereby declares as follows:

1. I am an attorney at law of the State of New Jersey, and am Counsel to the law firm of McElroy, Deutsch, Mulvaney & Carpenter LLP ("McElroy Deutsch") located in Morristown, New Jersey. McElroy Deutsch employs approximately 210 attorneys in its New Jersey offices. I am fully familiar with the facts contained herein based upon my personal knowledge.

2. I am submitting this Declaration at the request of James E. Cecchi of the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. ("Carella Byrne"), co-lead counsel for Plaintiffs in the above-captioned actions (the "Actions").

3. I was admitted to the practice of law in the State of New Jersey in 1968. I have also been admitted to the following federal courts: District of New Jersey, Southern and Eastern Districts of New York, Northern District of Indiana, Central District of California.

4. In 1969, I became the Executive Assistant to the United States Attorney for the District of New Jersey. In this capacity, I oversaw trials in both criminal and civil matters.

5.  In 1971, I formed the law firm of Robinson Wayne Greenberg and practiced law continuously until 2000, when I became the Chairman and CEO of Net2Phone, a leading telecommunications company, located in Newark, New Jersey. In my capacity as Chairman of Net2Phone, I routinely retained lawyers and law firms and, through my oversight of their billings for their work performed, I am fully familiar with rates charged for legal services in the metropolitan New York and New Jersey area.

6.  In November 1996, I was appointed by U.S. District Judge Alfred M. Wolin to be the independent fee examiner for the $2 billion class action settlement in *In Re: The Prudential Insurance Litigation*. In this capacity, for the benefit of the Court, I analyzed the fairness of Class Counsels' $90 million request for fees.

7.  In 2006, I joined McElroy Deutsch as Counsel to the firm.

8.  In addition to being Counsel to McElroy Deutsch, I am also a mediator, and the Managing Partner of Pilgrim Mediation Group. In that capacity, I have substantial experience mediating and successfully resolving complex civil matters, including large-scale class actions and sophisticated securities class actions and shareholder derivative litigation. As a mediator in these matters, I have familiarity with lawyers who practice in the federal courts of New Jersey, New York and elsewhere, including a knowledge of billing rates and ranges for sophisticated, complex litigation.

9.  In my capacity as a mediator, and as a fee examiner, I have examined attorney billing rates for firms in New Jersey and New York for a wide range of matters including complex class actions and securities class actions and shareholder derivative litigation.

10. Over approximately the past 33 years of practice in New Jersey, I have come to know the firm of Carella Byrne as a law firm which, among other things, represents clients in complex civil litigation, including securities class actions and shareholder derivative litigation.

11. Through my experience as a practitioner representing Fortune 500 companies, including Cendant, and mediating large-scale, complex civil matters, including securities class actions, I am also familiar with the firm of Bernstein Litowitz Berger & Grossman LLP ("Bernstein Litowitz"), one of the law firms representing Plaintiffs in the Actions herein.

12. I am personally familiar with the reputations of James E. Cecchi, Esq. ("Cecchi") of Carella Byrne, and Max Berger, Esq. of Bernstein Litowitz as attorneys who regularly represent clients in complex civil litigation, venued in the federal and state courts of New Jersey. In my experience, Mssrs. Cecchi and Berger, and the lawyers working for them, consistently provide exceptionally high quality legal representation. Moreover, their willingness and capacity to prosecute cases aggressively and effectively is well-known among the corporate defense bar and, I believe, provides additional leverage to obtain the best available results for the shareholder classes they represent.

13. I have reviewed the hourly rates sought by Plaintiffs' Counsel for services rendered to Plaintiffs by partners and associates. Those rates are set forth in Exhibit A hereto.

14. I have read all of Plaintiffs' Counsels' firm resumes, describing the skill, experience and reputation of Plaintiffs' Counsel (ECF No.'s 192-4 through 192-9). Based upon my personal knowledge and review of these materials, I am convinced that all of the firms providing legal services to Plaintiffs in the Actions are high quality firms performing high quality work in a field that is, in many ways, highly specialized.

15. In my experience as a practitioner, mediator, client and fee examiner, the hourly rates being sought by Plaintiffs' Counsel for the services rendered to Plaintiffs in the above-referenced Actions are in line with the prevailing hourly rates currently being charged by New Jersey attorneys with comparable skill, experience, and reputation for legal services rendered in complex civil litigation in the federal and state courts in New Jersey.

16. My current hourly rate for legal services for matters litigated in New Jersey exceeds the highest hourly rate sought by any of Plaintiffs' Counsel in the Actions.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
STEPHEN M. GREENBERG

Dated: October __, 2012

4

# EXHIBIT A

# ATTORNEY RATES

## Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

| Name | Position | Years of Practice | Rate |
|---|---|---|---|
| James E. Cecchi | Senior Partner | 23 | $750 |
| Lindsey H. Taylor | Partner | 26 | $600 |
| Caroline F. Bartlett | Partner | 8 | $600 |
| David Gilfillan | Partner | 19 | $525 |
| Donald A. Ecklund | Associate | 11 | $495 |
| Zach Bower | Associate | 8 | $495 |
| Audra Petrolle | Associate | 3 | $475 |

## Bernstein Litowitz Berger & Grossman, LLP

| Name | Position | Years of Practice | Rate |
|---|---|---|---|
| Max Berger | Senior Partner | 40 | $975 |
| Gerald Silk | Senior Partner | 16 | $800 |
| Mark Lebovitch | Partner | 12 | $700 |
| Amy Miller | Senior Counsel | 10 | $575 |
| Jeroen van Kwawegen | Senior Associate | 8 | $500 |
| John Mills | Senior Associate | 9 | $550 |
| Jeremy Friedman | Associate | 4 | $440 |
| Laurence Hasson | Associate | 5 | $450 |
| Thomas Keevins | Staff Attorney | 9 | $395 |
| Matt Mulligan | Staff Attorney | 7 | $375 |
| Spencer Oster | Staff Attorney | 8 | $375 |

## Abraham, Fruchter & Twersky, LLP

| Name | Position | Years of Practice | Rate |
|---|---|---|---|
| Jeffrey S. Abraham | Partner | 25 | $795 |
| Jack G. Fruchter | Partner | 20 | $725 |
| Mitchell M.Z. Twersky | Partner | 20 | $725 |
| Ximena R. Skovron | Associate | 8 | $495 |
| Philip T. Taylor | Associate | 6 | $425 |
| Arthur Chen | Associate | 7 | $395 |
| Kevin Rozzi | Associate | 9 | $350 |

## Robbins Geller Rudman & Dowd LLP

| Name | Position | Years of Practice | Rate |
|---|---|---|---|
| Darren J. Robbins | Partner | 18 | $790 |
| Travis E. Downs, III | Partner | 22 | $725 |
| David W. Mitchell | Partner | 14 | $630 |
| Darryl Alvarado | Associate | 5 | $380 |

## Kantrowitz, Goldhamer & Graifman, P.C.

| Name | Position | Years of Practice | Rate |
|---|---|---|---|
| Gary S. Graifman | Partner | 31 | $735 |
| Michael L. Braunstein | Senior Associate | 15 | $595 |
| Reginald H. Rutishauser | Senior Associate | 22 | $595 |
| William T. Schiffman | Associate | 37 | $575 |

## Morris and Morris LLC

| Name | Position | Years of Practice | Rate |
|---|---|---|---|
| Karen Morris | Managing Partner | 28 | $765 |
| Patrick Morris | Partner | 28 | $685 |
| R. Michael Lindsey | Associate | 23 | $625 |