James E. Cecchi
Lindsey H. Taylor
Donald E. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

*Attorneys for Demand Futility Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, et al. | Civil Action No. 11-4993 (FLW) |

## CERTIFICATION OF SERVICE

LINDSEY H. TAYLOR, ESQ.*,* of full age, hereby certifies as follows:

1.      I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, attorneys for Plaintiffs and Class Counsel in the above matter.  In such capacity, I am fully familiar with the facts contained herein.

2.      In accordance with the Court's September 25, 2012 Order adjourning the final approval hearing, Docket Entry 209 (the "Order"), on September 26, I sent copies of the Order to the late-filing objectors for whom we had email addresses, Ed Schnitzer, Robert Stewart, Thomas Keegan, and Stephen Lindemood via email, with delivery and reading confirmation to the following email addresses:

Ed Schnitzer:  schnitze22@netscape.net

Robert Stuart:  robstuart33@gmail.com

Thomas Keegan:  thomasckeegan@gamail.com

Steven Lindemood:  lindemood@sbcglobal.com

3.       I received delivery confirmation from each of the emails and return emails from Mr. Schnitzer and Mr. Stuart thanking me for sending the Order.

4.       Also on September 25, 2012, I sent copies of the Order via Federal Express overnight delivery service to objectors Gerald Walpin, 875 Park Avenue, New York, NY 10075; Donald G. Blakeman, 106 Steeplechase Way, Southern Pines, NC  28387-2958, and Mr. Merton S. Rothman, 42 Aspen Drive West, Woodbury, New York  11797.

5.        In addition, on September 27, 2012, James E. Cecchi emailed a copy of the Order to John Henn, a trustee for shareholders, to jhh@foleyhoag.com.  Mr. Henn had sent a letter to the Clerk dated September 25, 2012 objecting to attorney's fees.

I hereby declare under penalty of perjury that the foregoing is true and correct.


                                                  /s/ Lindsey H. Taylor
                                                  LINDSEY H. TAYLOR

Dated: October 17, 2012