UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

<u>Trenton</u>                                                      October 18, 2012
Office                                                    Date of Proceedings

Judge <u>Freda L. Wolfson, USDJ</u>

Court Reporter: <u>Vincent Russoniello</u>
Deputy Clerk   <u>Jacqueline Gore</u>

Title of Case:                                        Docket Civil 10-2033(FLW)

IN RE: JOHNSON & JOHNSON
DERIVATIVE LITIGATION

Appearances:

David Marc Nieporent, Esq. & Theodore H. Frank, Esq. For Objector Mark Petri
James E. Cecchi, Esq., Mark Lebovitch, Esq. Karen L. Morris, Esq. Patrick F. Morris, Esq.
Travis E. Downs, III, Esq.  Gary S. Graifman, Esq., Jeffrey S. Abraham, Esq., and
Philip T. Taylor, Esq. For Plaintiffs.
Donald A. Robinson, Esq. Walter C. Carlson, Esq., Kristen R. Seeger, Esq. And William E.
Craco, Esq.  For defendant Johnson & Johnson.
Edwin F. Chociey, Esq., Erik Haas, Esq. Joshua Goldberg, Esq. For Individual defendants.

Nature of Proceedings:
Hearing on Motion <u>#190</u> to Intervene by Mark Petri.
Court Ordered Motion is Denied.
Hearing on Motion <u>#191</u> to Dismiss and Objection to attorneys fees by Mark Petri.
Court Ordered Motion is Denied.
Hearing on Motion <u>#192</u> for Final Approval of Derivative Litigation Settlement an Award of Attorney's Fees/Expenses by Jeanne M. Calamore, Carpenters Pension Fund of West Virginia, M.J. Copeland, Albert L. Feldman, Hawaii Laborers Pension Fund, Minneapolis Firefighters' Relief Association, NECA-IBEW Pension Trust Fund, NECA-IBEW Welfare Trust Fund and Walter E. Ryan, Jr.
Court Ordered Special Master to be appointed as to the Attorneys' Fees; Court Approved Final Settlement. Opinion and Order to be filed.

Commenced: 10:30 A.M.
Adjourned:   11:30 A.M.

                                                                     *s/Jacqueline Gore*
                                                                       Deputy Clerk