File No. SMS09/HD:bc

**DIFRANCESCO, BATEMAN, COLEY, YOSPIN, KUNZMAN, DAVIS, LEHRER & FLAUM, P.C.**
15 Mountain Boulevard
Warren, New Jersey 07059-5686
Tele: (908) 757-7800

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW)<br>Civil Action No. 11-4993 (FLW)<br>Civil Action No. 11-2511 (FLW)<br><br>**AFFIDAVIT OF<br>NON DISQUALIFICATION** |

STATE OF NEW JERSEY     )
                        ) SS.:
COUNTY OF SOMERSET      )

I, **HARRIET DERMAN**, of full age, depose and say:

1. I am an Attorney at Law of the State of New Jersey and am *Of Counsel* with the law firm of DiFrancesco, Bateman, Coley, Yospin, Kunzman, Davis, Lehrer & Flaum, P.C.

2. The Honorable Freda L. Wolfson, U.S.D.J. appointed me as Special Master in the within matter by Order dated October 22, 2012 to prepare a report calculating the lodestar amount in accordance with the terms of her Order.

3. In accordance with Fed. R. Civ. P. 53, special appointment is subject to my filing an *Affidavit of Non-Disqualification.*

4. In accordance with that requirement, I hereby submit that I have no relationship to the parties, attorneys, action or court that would require my disqualification under 28 U.S.C. § 455.

5. I do wish to disclose that my individual retirement account includes 1464.49 shares of Johnson & Johnson stock which I have owned for many years. Under the circumstances of this matter, I do not believe that my investment would be substantially affected by the outcome of this case and I do not consider such ownership to be a disqualifying event.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 24, 2014

_____
HARRIET DERMAN

Sworn to and subscribed to
before me this 24th day of
October, 2012.

**BARBARA J. CARLSON**
A Notary Public of New Jersey
My Commission Expires April 13, 2013

Doc. #A0726030.doc/HD/bc

2