## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| IN RE JOHNSON & JOHNSON | : | Civil Action No. 10-2033 (FLW) |
| DERIVATIVE LITIGATION | : | Civil Action No. 11-4993 (FLW) |
| | : | Civil Action No. 11-2511 (FLW) |
| | : | |
| | : | ORDER |
| | : | |
| | : | |

This matter having been opened to the Court by David Nieporent, Esq., counsel for Objector Mark Petri, moving to intervene in, and to dismiss, the instant consolidated shareholder derivative action; it appearing that the Court has considered the parties' moving and opposition papers; it further appearing that the Court held oral argument on October 18, 2012, in connection with the settlement approval hearing in this matter; it appearing that, for the reasons expressed in the Opinion of this same date, and for good cause shown:

IT IS on this 26th day of October 2012,

ORDERED that Objector Petri's motion to intervene (Case No. 10-2033, Docket Entry No. 190) and motion to dismiss (Case No. 10-2033, Docket Entry No. 191) are hereby DENIED.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.