**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | Civil Action No. 10-2033 (FLW) |
| IN RE JOHNSON & JOHNSON FCPA SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 11-2511 (FLW) |
| COPELAND v. PRINCE, ET AL. | Civil Action No. 11-4993 (FLW) |

**NOTICE OF APPEAL**

Theodore H. Frank (*pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone: (703) 203-3848
Email: tedfrank@gmail.com

David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Attorneys for Objector Mark Petri

Notice is hereby given that objecting shareholder Mark Petri hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order and Judgment Approving Settlement filed on October 26 (3:10-cv-02033 ECF No. 227; 3:11-cv-02511 ECF No. 84; 3:11-cv-04993 ECF No. 71); and all orders and opinions that merge therein, including the Order denying Petri's Motion to Intervene and Motion to Dismiss (3:10-cv-2033 ECF No. 228; 3:11-cv-02511 ECF No. 85; 3:11-cv-04993 ECF No. 72); and the Opinion filed on October 26 (3:10-cv-02033 ECF No. 226; 3:11-cv-02511 ECF No. 83; 3:11-cv-04993 ECF No. 70).

Dated: November 19, 2012                    Respectfully submitted,

*David M. Nieporent*
David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

Theodore H. Frank (*pro hac vice*)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone: (703) 203-3848
Email: tedfrank@gmail.com

Attorneys for Intervenor and Objector
Mark G. Petri

## CERTIFICATE OF SERVICE

I, David M. Nieporent, hereby certify that the foregoing Notice of Appeal has today been filed electronically constituting service on all counsel who are ECF registered filers in this case. Additionally, I further certify that I caused the said document to be sent by first class mail to the following non-ECF registered counsel:

BRENT CLIFTON
KIMBERLY J. CLIFTON
C/O GARY W. SIBLEY
2602 MCKINNEY AVENUE
SUITE 210
DALLAS, TX 75204

JOHN E. NOTESTEIN
15214 E. SUNDOWN DRIVE
FOUNTAIN HILLS, AZ 85268

ROBERT D. STUART
1210 N. TAFT STREET
APT. 606
ARLINGTON, VA 22201

JOHN HENN
FOLEY HOAG LLP
SEAPORT WEST
155 SEAPORT BOULEVARD
BOSTON, MA 02210

MERTON S. ROTHMAN
42 ASPEN DRIVE WEST
WOODBURY, NY 11797

THOMAS C. KEEGAN
1340 TAYLOR RIDGE COURT
ERIE, PA 16505

DATED: November 19, 2012

*David M Nieporent*
Co-Counsel for Appellant