COHN, LIFLAND, PEARLMAN,
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West-Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| In re JOHNSON & JOHNSON DERIVATIVE LITIGATION | ) ) ) ) | No. 3:10-cv-02033-FLW-DEA |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | ROBBINS GELLER RUDMAN & DOWD LLP'S RESPONSE TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER |

Robbins Geller Rudman & Dowd LLP ("Robbins Geller") respectfully submits this response to the Report and Recommendation of Special Master ("Recommendation") (Dkt. No. 234). We have reviewed the entire 138 page report as well as the appendices. We appreciate the Special Master's acknowledgement that the District Court found that the settlement provided a substantial benefit to the nominal party Johnson & Johnson & Company, and that our firm, in conjunction with co-counsel, invested significant time and resources into achieving this result. *See* Recommendation at 8. However, as to a number of matters, Robbins Geller disagrees with the Special Master's analysis of and conclusions regarding the manner in which the plaintiffs' counsel in general, and Robbins Geller in particular, prosecuted the case. This notwithstanding, however, in the interest of judicial economy Robbins Geller does not challenge the recommended lodestar.[1]

DATED: July 8, 2013  Respectfully submitted,

COHN, LIFLAND, PEARLMAN,
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN

s/ Peter S. Pearlman
PETER S. PEARLMAN

---

[1] Robbins Geller does, however, object to the Objection of Mark G. Petri to Special Master Report, dated July, 3, 2013. Dkt. No. 242.

- 1 -

854360_1

- 2 -

Park 80 West-Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
TRAVIS E. DOWNS III
DAVID W. MITCHELL
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

854360_1