UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE JOHNSON & JOHNSON DERIVATIVE LITIGATION | : : : : : : : : | Civil Action No. 10-2033(FLW) Civil Action No. 11-4993(FLW) Civil Action No. 11-2511(FLW)  **ORDER** |

**THIS MATTER** having been opened to the Court by both Demand-Futility and Demand-Refused Plaintiffs-Shareholders (collectively, "Plaintiffs"), on an application for attorneys' fees and costs; it appearing that defendants do not object to attorneys' fees up to a maximum of $10 million; it appearing that the Court appointed a Special Master to recommend the appropriate fees and expenses; it appearing that the following law firms made objections to the Report and Recommendation: Bernstein Litowitz; Morris and Morris; Kantrowitz, Goldhamer; and Abraham Fruchter; it appearing that Mark G. Petri, an objector, also objected; it appearing that the Court having reviewed the Report and Recommendation and all the objections filed thereto, for the reasons set for the in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 25th day of November, 2013,

**ORDERED** that the Report and Recommendation is **ADOPTED** in full;

**ORDERED** that Plaintiffs' counsel are awarded a total amount of $5,383,905.76 in attorneys' fees as follows:

1. Carrella Byrne is awarded $777,265.00
2. Bernstein Litowitz is awarded $676,630.63
3. Robbins Geller is awarded $487,718.75
4. Morris and Morris is awarded $1,946,323.75
5. Abraham Fruchter is awarded $1,032,173.13
6. Kantrowitz Goldhamer is awarded $463,794.50

**ORDERED** that Plaintiffs' counsel are awarded a total amount of $416,305.73 in costs;

**ORDERED** that Plaintiffs' counsel request for a multiplier is **DENIED**; and it is further

**ORDERED** that this case shall be marked as **CLOSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson,
United States District Judge